# EXHIBIT F

**Exhibit F: Exemplary Infringement Claim Chart for U.S. Patent 10,297,249 Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.pre] A computer-implemented method of facilitating natural language system responses using short-term knowledge generated based on one or more prior multi-modal device interactions, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Amazon's Alexa is programmed to perform and have performed methods for facilitating natural language system responses using short-term knowledge generated based on one or more prior multi-modal device interactions, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method.<br><br>Amazon's Alexa includes, for example, Echo, Echo Dot, Echo Show, FireTV, Alexa apps, and Alexa cloud.<br><br><br><br>*See* https://www.amazon.com/b?&node=9818047011&ref=MARS_NAV_desktop_plswitcher<br><br>Alexa generates short-term knowledge based on multi-modal device interactions. For example, interactions with the touchscreen or the Echo Show or physical button presses for a FireTV and the resulting visual displays impact subsequent interpretation of a user's utterance. |

| Claim | Exemplary Disclosures |
|---|---|
|  | Additionally, Amazon's Alexa that has one or more physical processors. *See* https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/<br><br>Additionally, Echo devices have one or more processors. For example, the Texas Instruments DM3725CUS100 Digital Media Processor as depicted below with red annotations:<br><br><br><br>Sam Goldheart, Amazon Echo Teardown, https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 |
| [1.a] receiving, by the computer system during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance; | Alexa is programmed to perform and have performed methods for receiving, by the computer system during a first conversation, a first voice input via a first input device, the first voice input comprising a first natural language utterance.<br><br>Users can have multiple Alexa devices. For example, a user can have a first input device, an Echo show. An Echo show can receive a voice input such as "Alexa, search for [TV show]," which is a natural language utterance. |

| Claim | Exemplary Disclosures |
|---|---|
|  | <br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |

| Claim | Exemplary Disclosures |
|---|---|
| | Digital Services and Device Support › Alexa Devices Help › Support for Echo Show ›<br><br>## Watch Video Streaming Services on Echo Show<br><br>Use your voice to play movies, videos, or TV shows from Prime Video and supported streaming services. These steps also work with Echo Spot.<br><br>- "Show me my video library." (Prime Video only)<br>- "Show me my Watchlist."<br>- "Open Fire TV" (Echo Show 15 only)<br>- "Show me [title]."<br>- "Search for [TV show]."<br>- "Show me movies with [actor]."<br>- "Show me [genre] movies."<br>- "Open [video provider]."<br><br>If you have an Echo Show 15, you can also use commands like these to watch video or live content with Fire TV.<br><br>**Related Help Topics**<br><br>What is the All-New Fire TV Experience?<br>Link Video Streaming Services on Echo Show<br>Pair a Fire TV Remote With Your Echo Show 15<br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GWMLYY6RFBGZDA29 |
| [1.b] receiving, by the computer system, a second voice input comprising the first natural language utterance via a second input device; | Alexa is programmed to perform and have performed methods of receiving, by the computer system, a second voice input comprising the first natural language utterance via a second input device. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|       |  See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07.<br><br>Users can have multiple Alexa devices. For example, a user can have a second input device, e.g., a Fire TV, in proximity to another Alexa device (e.g., Echo). A Fire TV can also receive voice input, for example via its remote controller. |

| Claim | Exemplary Disclosures |
|---|---|
| | **Control Your Fire TV**<br><br>Once you've completed the linking process, you can use your Alexa-enabled devices to control the following features on your Fire TV.<br><br><table><tr><td>**To do this on your Fire TV…**</td><td>**Say this to your Alexa device…**</td></tr><tr><td>**Play a movie or TV show**<br>Alexa can play content from Prime Video and other supported apps installed on your Fire TV.</td><td>"Watch [title]."<br>"Play [title]."<br>"Play [title] on [app]."</td></tr><tr><td>**Search for movies and TV shows**<br>Alexa can find movies and TV shows from Prime Video and supported installed apps.</td><td>"Search for [title]."<br>"Find [title / genre]."<br>"Show me [tv shows / movies] with [actor]."<br>"Show me new [tv shows / movies]."<br>"Search for free [tv shows / movies]."</td></tr><tr><td>**Play music**<br>Alexa can play music from your connected audio providers.</td><td>"Play [song / album / artist]."<br>"Play the latest episode of my podcast."<br>"Play relaxing music."</td></tr><tr><td>**Navigate search results**<br>Alexa can navigate through search results and select items by voice.</td><td>"Scroll [direction]."<br>"Select #3."<br>"Play #6."<br>"Go back."</td></tr></table><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=202174250<br><br>As a non-limiting example, a FireTV receives the same voice input as an Echo show receives, which is "Alexa, search for [TV show]," the same natural language utterance. |
| [1.c] comparing, by the computer system, the first voice input with the second voice input; | Alexa is programmed to perform and have performed methods of comparing, by the computer system, comparing, by the computer system, the first voice input with the second voice input.<br><br>When different Accused Products are within proximity of one another, the Alexa system compares the first voice input, such as an Echo show, with the second voice input, such as a FireTV by comparing at least the wake words and the distance. |

| Claim | Exemplary Disclosures |
|---|---|
| | "If that's not the issue then it may be worth changing the Alexa wake word on some of your devices. That way, some of your devices are not overhearing the Alexa wake word. Here's how you can change the wake word:<br><br>Open the Alexa app.<br>Open Devices.<br>Select All Devices and then select your device. If your device has active Reminders or Routines, you might have to select settings to reach the Device Settings page.<br>Scroll under General and select Wake Word.<br>Select a wake word from the list, and then select OK."<br><br>*See* https://www.amazonforum.com/s/question/0D54P0000898f9ASAQ/how-to-stop-wrong-alexa-device-from-responding<br><br>"Another way you could separate many Alexa devices is by changing their wake word.<br><br>"There are millions of customers with more than one Alexa-enabled device in their home, and for these customers one of the most important features we've built is Echo Spatial Perception (ESP). The ESP feature provides a frustration-free experience by identifying the best device to respond when interacting with Alexa in a multi-device environment. The technology determines which device is closest to the customer, and helps Alexa respond through that device."<br>https://developer.amazon.com/en-US/blogs/alexa/post/042be85c-5a62-4c55-a18d-d7a82cf394df/esp-moves-to-the-cloud-for-alexa-enabled-device |

| Claim | Exemplary Disclosures |
|---|---|
| |  https://amazonforum.my.site.com/s/question/0D54P00007WnYgtSAF/multiple-alexa-devices-responding-why-is-echo-spatial-perception-not-working |
| [1.d] filtering, by the computer system, sound from the first voice input and the second voice input based on the comparison; | Alexa is programmed to perform and have performed methods of filtering, by the computer system, sound from the first voice input the second voice input based on the comparison. While multiple Alexa devices may be within earshot of the end-user, the Echo device within the closest proximity to the end-user presumes that it was the intended recipient of the utterance and responds accordingly. |

| Claim | Exemplary Disclosures |
|---|---|
| | "If that's not the issue then it may be worth changing the Alexa wake word on some of your devices. That way, some of your devices are not overhearing the Alexa wake word. Here's how you can change the wake word:<br><br>Open the Alexa app.<br>Open Devices.<br>Select All Devices and then select your device. If your device has active Reminders or Routines, you might have to select settings to reach the Device Settings page.<br>Scroll under General and select Wake Word.<br>Select a wake word from the list, and then select OK."<br><br>*See* https://www.amazonforum.com/s/question/0D54P0000898f9ASAQ/how-to-stop-wrong-alexa-device-from-responding<br><br>Alexa wakes the right device by filtering sound from the first voice input and the second voice input based on the comparison of at least the distance of the Alexa devices.<br><br><br>"There are millions of customers with more than one Alexa-enabled device in their home, and for these customers one of the most important features we've built is Echo Spatial Perception (ESP). The ESP feature provides a frustration-free experience by identifying the best device to respond when interacting with Alexa in a multi-device environment. The technology determines which device is closest to the customer, and helps Alexa respond through that device."<br>https://developer.amazon.com/en-US/blogs/alexa/post/042be85c-5a62-4c55-a18d-d7a82cf394df/esp-moves-to-the-cloud-for-alexa-enabled-device |

| Claim | Exemplary Disclosures |
|---|---|
| |  https://amazonforum.my.site.com/s/question/0D54P00007WnYgtSAF/multiple-alexa-devices-responding-why-is-echo-spatial-perception-not-working |
| [1.e] obtaining, by the computer system during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input; | Alexa is programmed to perform and have performed methods of obtaining, by the computer system during the first conversation, a user interface state related to one or more non-voice inputs associated with the first voice input, the one or more non-voice inputs comprising at least a first non-voice input.<br><br>As a non-limiting example, if a user wants to play "the Aviation Cocktail" from Youtube, the user can say "Play this" (a voice input) while using the FireTV remote to identify the correct video to play from a list of recommendation (a non-voice input). |

| Claim | Exemplary Disclosures |
|---|---|
|  |  *See* https://www.youtube.com/watch?v=wROAsbo1DQ8 |
| [1.f] generating, by the computer system, the short-term knowledge based on at least the first voice input and the first non-voice input; | Alexa is programmed to perform and have performed methods of generating, by the computer system, the short-term knowledge based on at least the first voice input and the first non-voice input.

"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."

"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on." |

| Claim | Exemplary Disclosures |
|---|---|
|  | https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition <br><br> ## Contextual carryover <br><br> You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments. <br><br> **Example** <br><br> You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun. <br><br> <table><tr><td>**Dialog you provide**</td><td>**Example variant from the dialog simulator**</td></tr><tr><td>**User:** I'd like to watch a movie from Guy Ritchie. <br> *(Invoke API `RecommendMovie` .)* <br> **Alexa:** How about Snatch? <br> **User:** Please help me purchase Snatch. <br> *(Invoke API `ReserveMovie` .)* <br> **Alexa:** The movie Snatch is reserved for you.</td><td>**User:** I'd like to watch a movie from Guy Ritchie. <br> *(Invoke API `RecommendMovie` .)* <br> **Alexa:** How about Snatch? <br> **User:** Please purchase it. <br> *(Invoke API `ReserveMovie` .)* <br> **Alexa:** The movie Snatch is reserved for you.</td></tr></table> <br><br> ## Context memory <br><br> *Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session. <br><br> *See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  | <br><br>AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br><br><br><br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |
| [1.g] determining, by the computer system, based on the short-term knowledge, a first context for the first natural language utterance; | Alexa is programmed to perform and have performed methods of determining, by the computer system, based on the short-term knowledge, a first context for the first natural language utterance.<br><br>Alexa determines the context which video to play when the user utters "play this" or "play [number]" based on the short-term knowledge. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  | Digital Services and Device Support  ›  Alexa Features Help  ›  Video with Alexa  › <br><br>## Play Videos with Alexa Using Your Voice <br><br>Use your voice to play movies, videos, or TV shows from Prime Video and supported streaming services on Alexa devices and Fire TV devices. <br><br>**Video Search\*** <br><br>After searching for video content, say "Select [video]" or "Play [number]" to choose a video from the results. <br><br>**Actions on Detail Page\* (Fire TV Only)** <br><br>- "Play this." <br>- "Add this to my Watchlist." <br>- "Play the trailer." <br><br>**Note:** \* Not all features are supported from a paired Echo Show or for a paired Fire TV Cube (2nd Generation). <br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=G3YFGTLKXC2YLWLQ <br><br><br>"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses." <br><br>"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on." |

| Claim | Exemplary Disclosures |
|-------|----------------------|
| | https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition <br><br> ## Contextual carryover <br><br> You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments. <br><br> **Example** <br><br> You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun. <br><br> <table><tr><td>**Dialog you provide**</td><td>**Example variant from the dialog simulator**</td></tr><tr><td>**User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API* `RecommendMovie`*.)*<br>**Alexa:** How about Snatch?<br>**User:** Please help me purchase Snatch.<br>*(Invoke API* `ReserveMovie`*.)*<br>**Alexa:** The movie Snatch is reserved for you.</td><td>**User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API* `RecommendMovie`*.)*<br>**Alexa:** How about Snatch?<br>**User:** Please purchase it.<br>*(Invoke API* `ReserveMovie`*.)*<br>**Alexa:** The movie Snatch is reserved for you.</td></tr></table> <br><br> ## Context memory <br><br> *Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session. <br><br> *See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|       | <br><br>AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
|  | <br><br><br><br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |
| [1.h] determining, by the computer system, based on the first context, an interpretation of the first natural language utterance; and | Alexa is programmed to perform and have performed methods of determining, by the computer system, based on the first context, an interpretation of the first natural language utterance.<br><br>Alexa determines that based on the context the first natural language means to choose the video to play from a list of results. |

| Claim | Exemplary Disclosures |
|---|---|
| | *Digital Services and Device Support*  ›  *Alexa Features Help*  ›  *Video with Alexa*  › <br><br>## Play Videos with Alexa Using Your Voice <br><br>Use your voice to play movies, videos, or TV shows from Prime Video and supported streaming services on Alexa devices and Fire TV devices. <br><br>**Video Search\*** <br><br>After searching for video content, say "Select [video]" or "Play [number]" to choose a video from the results. <br><br>**Actions on Detail Page\* (Fire TV Only)** <br><br>• "Play this." <br>• "Add this to my Watchlist." <br>• "Play the trailer." <br><br>**Note:** * Not all features are supported from a paired Echo Show or for a paired Fire TV Cube (2nd Generation). <br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=G3YFGTLKXC2YLWLQ |
| [1.i] generating, by the computer system, based on the interpretation of the first natural language utterance, a first response to the first natural language utterance. | Alexa is programmed to perform and have performed methods of generating, by the computer system, based on the interpretation of the first natural language utterance, a first response to the first natural language utterance. <br><br>For example, Alexa will generate a verbal response immediately. |

| Claim | Exemplary Disclosures |
|---|---|
|  |  *See* https://www.youtube.com/watch?v=IjOcw1utv4A<br><br>*See* https://www.youtube.com/watch?v=N6NWp8_IzZ8 |