# EXHIBIT G

**Exhibit G: Exemplary Infringement Claim Chart for U.S. Patent 10,755,699 Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.pre]  A computer-implemented method of generating natural language system responses adapted based on a user's manner of speaking, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method, the method comprising: | Amazon's Alexa is programmed to perform and have performed methods for generating natural language system responses adapted based on a user's manner of speaking, the method being implemented by a computer system that includes one or more physical processors executing one or more computer program instructions which, when executed, perform the method.<br><br>Amazon's Alexa includes for example, Echo, Echo Dot, Echo Show, FireTV, Alexa apps, and Alexa cloud).<br><br><br><br>*See* https://www.amazon.com/b?&node=9818047011&ref=MARS_NAV_desktop_plswitcher<br><br>Alexa users can use the voice purchasing function. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br><br>https://www.amazon.com/gp/help/customer/display.html?nodeId=GPUCQ6PMPMENG8FA<br><br>Additionally, the voice purchasing function is implemented on Amazon's Alexa that has one or more physical processors. *See*  https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/<br><br>Additionally, Echo devices have one or more processors.  For example, the Texas Instruments DM3725CUS100 Digital Media Processor as depicted below with red annotations: |

| Claim | Exemplary Disclosures |
|---|---|
| |  Sam Goldheart, Amazon Echo Teardown, https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 |
| [1.a] receiving, by the computer system, a user input comprising a natural language utterance; | Alexa is programmed to perform and have performed methods of receiving, by the computer system, a user input comprising a natural language utterance. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [1.b] recognizing, by the computer system, one or more words or phrases from the natural language utterance; | Alexa is programmed to perform and have performed methods of recognizing, by the computer system, one or more words or phrases from the natural language utterance. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br><br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [1.c] identifying, by the computer system, a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance; | Alexa is programmed to perform and have performed methods of identifying, by the computer system, a context for the natural language utterance based on the one or more words or phrases recognized from the natural language utterance.<br><br>"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."<br><br>"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on." |

| Claim | Exemplary Disclosures |
|---|---|
|  | https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition<br><br>## Contextual carryover<br><br>You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments.<br><br>**Example**<br><br>You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun.<br><br><table><tr><td>**Dialog you provide**</td><td>**Example variant from the dialog simulator**</td></tr><tr><td>**User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API `RecommendMovie`.)*<br>**Alexa:** How about Snatch?<br>**User:** Please help me purchase Snatch.<br>*(Invoke API `ReserveMovie`.)*<br>**Alexa:** The movie Snatch is reserved for you.</td><td>**User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API `RecommendMovie`.)*<br>**Alexa:** How about Snatch?<br>**User:** Please purchase it.<br>*(Invoke API `ReserveMovie`.)*<br>**Alexa:** The movie Snatch is reserved for you.</td></tr></table><br><br>## Context memory<br><br>*Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session.<br><br>*See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|---|---|
|  |  AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |
| [1.d] determining, by the computer system, an interpretation of the natural language utterance based on the identified context; | The Accused Products are programmed to perform and have performed methods of determining, by the computer system, an interpretation of the natural language utterance based on the identified context.<br><br>"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."<br><br>"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on."<br><br>https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition |

| Claim | Exemplary Disclosures |
|---|---|
| |  *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [1.e] accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system; | Alexa is programmed to perform and have performed methods of accumulating, by the computer system, short-term knowledge based on one or more natural language utterances received during a predetermined time period, wherein the one or more natural language utterances received during the predetermined time period are related to a single conversation between a user and the computer system.<br><br>An example is accumulating short-term shared knowledge about the current conversation shown below in a screenshot of Alexa app's "Review Voice History" page below. |

| Claim | Exemplary Disclosures |
|---|---|
|  |  |

| Claim | Exemplary Disclosures |
|---|---|
|  |  Because the instruction to re-open the microphone *(expect-speech directive)* follows immediately upon the instruction to begin executing Alexa's reply *(speak directive)*, the reply itself buys the context model enough time to produce a context vector. |

*See* https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition

The accumulation occurs during a predetermined time period and are related to a single conversation between Alexa and the user.
"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."

"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on."

https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition

| Claim | Exemplary Disclosures |
|---|---|
| | ## Contextual carryover<br><br>You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments.<br><br>**Example**<br><br>You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun.<br><br>| Dialog you provide | Example variant from the dialog simulator |<br>|---|---|<br>| **User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API* `RecommendMovie` *.)*<br>**Alexa:** How about Snatch?<br>**User:** Please help me purchase Snatch.<br>*(Invoke API* `ReserveMovie` *.)*<br>**Alexa:** The movie Snatch is reserved for you. | **User:** I'd like to watch a movie from Guy Ritchie.<br>*(Invoke API* `RecommendMovie` *.)*<br>**Alexa:** How about Snatch?<br>**User:** Please purchase it.<br>*(Invoke API* `ReserveMovie` *.)*<br>**Alexa:** The movie Snatch is reserved for you. |<br><br>## Context memory<br><br>*Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session.<br><br>*See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|---|---|
| |  AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
| |  *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |

| Claim | Exemplary Disclosures |
|---|---|
| | Alexa also accumulates short-term knowledge in determining whether users' communicated in normal voice or whisper.<br><br>"LSTMs are widely used in speech recognition and natural-language understanding because they process inputs in sequential order, and their judgments about any given input are conditioned by what they've already seen."<br><br>In a process called "end-pointing", however, Alexa recognizes the end of an utterance by the short period of silence that follows end of speech, and that silence is part of the input to the whisper detector."<br><br>https://www.amazon.science/blog/whisper-to-alexa-and-shell-whisper-back?tag=undefined |
| [1.f] accumulating, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received prior to the predetermined time period; | Alexa is programmed to perform and have performed methods of accumulating, by the computer system, long-term knowledge, wherein the long-term knowledge is accumulated based on one or more natural language utterances received prior to the predetermined time period.<br><br>An example of accumulating long-term knowledge is based on user profiles, as shown below.<br><br>"You can create a voice ID so Alexa can call you by name and do more to personalize your experience. When you create a voice ID, Alexa uses recordings of your voice to create an acoustic model of your voice characteristics and to update that model over time to improve Alexa's ability to recognize you."<br><br>https://www.amazon.com/gp/help/customer/display.html?nodeId=201809740<br><br>"Voice ID analyzes speech attributes like rhythm, pitch, and tone to create a digital voiceprint,"<br><br>https://aws.amazon.com/connect/voice-id/#:~:text=When%20a%20customer%20agrees%20to,customers%20on%20their%20next%20call. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  | Digital Services and Device Support › Alexa Settings › Alexa Profile Settings ›<br><br>## What Is Alexa Voice ID?<br><br>Alexa voice ID helps Alexa recognize you when you speak and provide a personalized experience.<br><br>You can create an Alexa voice ID for a personalized experience when Alexa recognizes your voice. With Alexa voice ID, Alexa can call you by name and provide enhanced personalization. To set up Alexa voice ID, go to Create an Alexa Voice ID.<br><br>With an Alexa voice ID, you can get a personalized experience for:<br><br>• Alexa Calling and Messaging: Send and receive your own personal messages.<br>• Calendar: Hear your personal upcoming schedule and add events to your calendar.<br>• Flash Briefing: Skip stories and news items that you've already heard.<br>• Guest Connect: Connect your account to a friend's eligible Echo device. Once connected, Alexa uses voice recognition to provide you with access to your music and news when you're away from home.<br>• Music: If you have the Amazon Music Unlimited Family Plan, Alexa customizes music playback based on your voice.<br>• Music and Podcast Services: Set default music and podcast services for each Alexa profile on your Alexa account.<br>• Reminders: Create personal reminders and get them delivered just to your phone.<br>• Shopping: Limit purchasing so that only recognized household members can place orders with Alexa.<br>• Skills: Receive personalized responses for supported skills.<br><br>Voice ID uses voice recognition to recognize you and display personalized content on compatible Echo Show devices.<br><br>Related Help Topics<br><br>Create an Alexa Voice ID<br>Create an Alexa Voice ID for Your Child<br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GYCXKY2AB2QWZT2X<br><br>"To be as useful as possible to customers, Alexa should be able to make educated guesses about the meanings of ambiguous utterances. If, for instance, a customer says, "Alexa, play the song 'Hello'", Alexa should be able to infer from the customer's listening history whether the song requested is the one by Adele or the one by Lionel Richie."<br><br>"We use machine learning to analyze playback duration data to infer song preference, and we use collaborative-filtering techniques to estimate how a particular customer might rate a song that he |

| Claim | Exemplary Disclosures |
|---|---|
| | or she has never requested. Although we tested our approach on music-streaming records, it generalizes easily to any other streaming-data service, such as video or audiobooks." |
| | "Customers' ratings for all the songs in a music service's catalogue could be represented as an enormous grid, or matrix. Each row represents a customer, each column represents a song, and the value entered at the intersection of any row and any column indicates the customer's "affinity" for a particular song." |
| | *See* https://www.amazon.science/blog/how-alexa-can-use-song-playback-duration-to-learn-customers-preferences |
| | "You can enroll your Amazon Profile in Alexa as an Alexa Profile. Alexa Profiles gives each person in your home their own individual Alexa experience. You can create an Alexa Profile for you and your family members when setting up your device. Alexa Profiles can be created from your device after setup. Select an existing Amazon Profile on your Amazon Account or create a new Amazon Profile. Existing Amazon Profiles include profiles enrolled in other programs, like Prime Video." |
| | https://www.amazon.com/gp/help/customer/display.html?nodeId=GLE4EVA2VLDRQDLC |
| [1.g] identifying, by the computer system, a manner in which the natural language utterance was spoken based the short-term knowledge and the long-term knowledge; and | Alexa is programmed to perform and have performed methods of identifying, by the computer system, a manner in which the natural language utterance was spoken based the short-term knowledge and the long-term knowledge. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  | Digital Services and Device Support  ›  Alexa Settings  ›  Alexa Profile Settings  › <br><br>**What Is Alexa Voice ID?**<br><br>Alexa voice ID helps Alexa recognize you when you speak and provide a personalized experience.<br><br>You can create an Alexa voice ID for a personalized experience when Alexa recognizes your voice. With Alexa voice ID, Alexa can call you by name and provide enhanced personalization. To set up Alexa voice ID, go to Create an Alexa Voice ID.<br><br>With an Alexa voice ID, you can get a personalized experience for:<br><br><ul><li>Alexa Calling and Messaging: Send and receive your own personal messages.</li><li>Calendar: Hear your personal upcoming schedule and add events to your calendar.</li><li>Flash Briefing: Skip stories and news items that you've already heard.</li><li>Guest Connect: Connect your account to a friend's eligible Echo device. Once connected, Alexa uses voice recognition to provide you with access to your music and news when you're away from home.</li><li>Music: If you have the Amazon Music Unlimited Family Plan, Alexa customizes music playback based on your voice.</li><li>Music and Podcast Services: Set default music and podcast services for each Alexa profile on your Alexa account.</li><li>Reminders: Create personal reminders and get them delivered just to your phone.</li><li>Shopping: Limit purchasing so that only recognized household members can place orders with Alexa.</li><li>Skills: Receive personalized responses for supported skills.</li></ul>Voice ID uses voice recognition to recognize you and display personalized content on compatible Echo Show devices.<br><br>Related Help Topics<br><br>Create an Alexa Voice ID<br>Create an Alexa Voice ID for Your Child<br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=GYCXKY2AB2QWZT2X<br><br>Additionally, Alexa can identify whether the utterance was spoken in a whisper or a normal voice.<br><br>"Whispered speech is predominantly unvoiced, meaning that it doesn't involve the vibration of the vocal cords, and it has less energy in lower frequency bands than ordinary speech. Previously, researchers have sought to exploit these facts by training their classifiers, not on raw speech signals, but on "features" extracted from the signals, which are designed to capture information |

| Claim | Exemplary Disclosures |
|---|---|
| | that could help discriminate whispers from normal speech." *See* https://www.amazon.science/blog/whisper-to-alexa-and-shell-whisper-back?tag=undefined<br><br>"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."<br><br>"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on."<br><br>https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition |

| Claim | Exemplary Disclosures |
|---|---|
| | ## Contextual carryover<br><br>You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments.<br><br>**Example**<br><br>You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun.<br><br>| Dialog you provide | Example variant from the dialog simulator |<br>|---|---|<br>| **User:** I'd like to watch a movie from Guy Ritchie. | **User:** I'd like to watch a movie from Guy Ritchie. |<br>| *(Invoke API* `RecommendMovie` *.)* | *(Invoke API* `RecommendMovie` *.)* |<br>| **Alexa:** How about Snatch? | **Alexa:** How about Snatch? |<br>| **User:** Please help me purchase Snatch. | **User:** Please purchase it. |<br>| *(Invoke API* `ReserveMovie` *.)* | *(Invoke API* `ReserveMovie` *.)* |<br>| **Alexa:** The movie Snatch is reserved for you. | **Alexa:** The movie Snatch is reserved for you. |<br><br>## Context memory<br><br>*Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session.<br><br>*See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|---|---|
| |  AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |
| [1.h] generating, by the computer system, a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken. | Alexa is programmed to perform and have performed methods of generating, by the computer system, a response to the natural language utterance based on the interpretation and the identified manner in which the natural language utterance was spoken.<br><br>For example, the response may be impacted by the identity of the user, which is ascertained by the manner in which the utterance was spoken.  The response may also be impacted by whether the end-user's utterance was at a whisper or a normal voice.<br><br>An example is generating a response based on the identified manner. Alexa: "Resume my music."  In response, Alexa would resume a song that had been paused with respect to the particular VoiceID for the specified device.  Or asking Alexa for a selection of available audio books, which is based on the user's VoiceID.<br><br>Another example would be any response that Alexa make using a whisper voice, since a whisper is in response to the user whispering. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  |  |