# EXHIBIT H

**Exhibit H: Exemplary Infringement Claim Chart for U.S. Patent 11,087,385 Claim 1**

| '385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| [1.pre] A method for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method, the method comprising: | Amazon's Alexa is programmed to perform and have performed methods for providing voice commerce, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions which, when executed, perform the method.<br><br>Amazon's Alexa includes for example, Echo, Echo Dot, Echo Show, FireTV, Alexa apps, and Alexa cloud.<br><br>*See* https://www.amazon.com/b?&node=9818047011&ref=MARS_NAV_desktop_plswitcher<br><br>Alexa users can use the voice purchasing function. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | Digital Services and Device Support › Alexa Features Help › Shopping with Alexa ›<br>**Turn Alexa Voice Purchasing On or Off**<br>To turn Voice Purchasing on or off for your account, use the Alexa app.<br>1. Open the Alexa app .<br>2. Open **More** and select **Settings**.<br>3. Select **Account Settings**.<br>4. Select **Voice Purchasing**.<br>5. Turn **Voice Purchasing** on or off.<br>**Note:** You can limit purchasing so that only recognized household members can place orders with Alexa.<br>Related Help Topics<br>Manage an Alexa Voice ID for Purchases with Alexa<br>Was this information helpful?<br>Yes No<br><br>https://www.amazon.com/gp/help/customer/display.html?nodeId=GPUCQ6PMPMENG8FA<br><br>Additionally, the voice purchasing function is implemented on Amazon’s Alexa that has one or more physical processors. *See* https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/<br><br>Additionally, Echo devices have one or more processors. For example, the Texas Instruments DM3725CUS100 Digital Media Processor as depicted below with red annotations: |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | Sam Goldheart, Amazon Echo Teardown, https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 |
| [1.a] receiving, by the computer system, a single first user input comprising a natural language utterance; | Amazon’s Alexa is programmed to perform and have performed methods for receiving, by the computer system, a single first user input comprising a natural language utterance. |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| | Digital Services and Device Support › Alexa Features Help › Shopping with Alexa ›<br>**Manage an Alexa Voice ID for Purchases with Alexa**<br>Use the Alexa app to turn on or turn off an Alexa voice ID to place orders with Alexa.<br>Managing an Alexa voice ID ensures that only recognized household members place orders with Alexa.<br>1. Open the Alexa app .<br>2. Open **More** and select **Settings**.<br>3. Select **Account Settings**.<br>4. Select **Voice Purchasing**.<br>5. Go to **Purchase controls**.<br>6. Select **Only recognized voices**.<br>7. Select who can make voice purchases.<br>**Note:** Digital purchases such as Kindle Books, Audible, Prime Videos, Alexa Skills, and Amazon Pay transactions, such as Alexa Donations, are excluded.<br>Related Help Topics<br>What Is Alexa Voice ID?<br>Turn Alexa Voice Purchasing On or Off<br>Was this information helpful?<br>Yes No<br>*See* https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GKW8N2S4UQ2SAEBL<br><br>User can place orders with Alexa from Amazon by uttering “order [item].” |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| | Digital Services and Device Support › Alexa Features Help › Shopping with Alexa ›<br>Place Orders with Alexa<br>Ask Alexa to place orders for products from your order history or your Amazon Cart.<br>1. Say, "Order [item]."<br>Alexa adds a selection for that item to your Cart. Follow the prompts to place your order. Some items, require completion using the Amazon app or on the Amazon website.<br>2. Or, say, "Checkout my Amazon cart," and follow the prompts to check out your order.<br>If you no longer want the order, say "Cancel my order."<br>Was this information helpful?<br>Yes No<br>*See* https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GFEBUXE7DH7G9EQ4<br>Say something like, "Order (item) from Prime Now." If the item is available for two-hour delivery, it will be added to your cart and you'll need to order and confirm the item to have it shipped promptly.<br><br>If you know exactly what you want, tell Alexa. Mention brand, quantity and color. For example, "Alexa, add two black Sharpie markers to my shopping cart."<br>*See* https://www.cnet.com/home/smart-home/alexa-shopping-and-voice-purchasing-a-step-by-step-guide/<br><br>Users can ask Alexa to reorder a past order. For example, one can say “Alexa, help me reorder Vitamin D.” |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| | “Alexa, help me reorder ” VITAMIN D 0:05 / 0:30<br>https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP<br><br>Users can also ask Alexa to place an order on an item that hasn’t been purchased before. E.g., “Alexa, order triple A batteries” to place an order of triple A batteries. https://www.youtube.com/watch?v=M_8-xJA668c |
| [1.b] providing, by the computer system, the natural language utterance as an input to a speech recognition engine; | Alexa is programmed to perform and have performed methods for providing, by the computer system, the natural language utterance as an input to a speech recognition engine.<br><br>Alexa has a speech recognition engine that takes user’s natural language utterance as inputs. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | TTS in Alexa<br>Utterance<br>"Play" directive<br>TTS<br>Alexa voice service<br>Recognize<br>Recognition result<br>Recognition result<br>Intent<br>Intent<br>"Play" directive<br>Automatic speech recognition (ASR)<br>Natural language understanding (NLU)<br>Skills<br>aws<br>*See* https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07. |
| [1.c] obtaining, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine; | Alexa is programmed to perform and have performed methods for obtaining, by the computer system, one or more words or phrases recognized from the natural language utterance as an output of the speech recognition engine. |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| | *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07. |
| [1.d] searching, by the computer system, one or more databases of products or services based on the one or more words or phrases; | Alexa is programmed to perform and have performed methods of searching, by the computer system, one or more databases of products or services based on the one or more words or phrases.<br><br>If the user has purchased the same product before, Alexa will search the user’s existing order history. |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| |   *See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP<br><br>If the user has not purchased the same product before, Alexa will search the entire Amazon database. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | <br>See https://www.youtube.com/watch?v=kEmo9CmFshQ , at 0:19<br><br>Alexa searches the database for Amazon’s alkaline batteries.<br>*See* https://www.youtube.com/watch?v=M_8-xJA668c |
| [1.e] selecting, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search; | Alexa is programmed to perform and have performed methods of selecting, by the computer system, without further user input other than the single first user input, a product or service from the database to be purchased based on the search.<br><br>If the user has purchased the same product before, Alexa will select the product based on order history. |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| |  <br>*See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP<br><br>If the user has not purchased the same product before, Alexa will search the entire Amazon database and select Amazon’s choice product. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | “Alexa, search for dog toys.”<br>See https://www.youtube.com/watch?v=kEmo9CmFshQ , at 0:19<br><br>Alexa selects Amazon’s Choice—“Amazon’s alkaline batteries triple A 36 pack.”<br>*See* https://www.youtube.com/watch?v=M_8-xJA668c |
| [1.f] receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service; and | Alexa is programmed to perform and have performed methods for receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| |   *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07.<br><br>The user will have to say yes before completing a purchase transaction of the selected product or service. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| | Sunny Supplements Vitamin D Tablets<br>“Would you like to buy it now?”<br>“Yes.”<br>0:19 / 0:30<br><br>See https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP<br><br>After Alexa selects “Amazon’s alkaline batteries triple A 36 pack,” Alexa asks the user “would you like to buy it?” The user then says “yes” as a second user input indicating confirmation by a user to complete the purchase transaction of triple A batteries. *See* https://www.youtube.com/watch?v=M_8-xJA668c |
| [1.g] completing, by the computer system, without further user input after the receipt of the second user input, a purchase transaction of the selected product or service. | Alexa is programmed to perform and have performed methods for receiving, by the computer system, a second user input indicating confirmation by a user to complete a purchase transaction of the selected product or service. |

| ’385 Patent Claim Language | Exemplary Disclosures |
|---|---|
| |   *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07.<br><br>A purchase transaction is automatically completed after receiving the second user input. |

| ’385 Patent Claim Language | Exemplary Disclosures |
| --- | --- |
| | *See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP<br><br>After the user then says “yes” as a second user input indicating confirmation, Alexa places the order and says “thanks, order placed.” *See* https://www.youtube.com/watch?v=M_8-xJA668c |