# EXHIBIT I

**Exhibit I: Exemplary Infringement Claim Chart for U.S. Patent 11,080,758 Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.pre]  A method for processing natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the method being implemented by one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to perform the method, the method comprising: | Amazon's Alexa is programmed to perform and have performed methods for processing natural language utterances that include requests and selecting and presenting purchase opportunities based thereon, the method being implemented by one or more physical processors programmed with computer program instructions, which when executed cause the one or more physical processors to perform the method.<br><br>Amazon's Alexa includes for example, Echo, Echo Dot, Echo Show, FireTV, Alexa apps, and Alexa cloud.<br><br>*See* https://www.amazon.com/b?&node=9818047011&ref=MARS_NAV_desktop_plswitcher<br><br>Alexa users can use the voice purchasing function. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br><br>https://www.amazon.com/gp/help/customer/display.html?nodeId=GPUCQ6PMPMENG8FA<br><br>Additionally, the voice purchasing function is implemented on Amazon's Alexa that has one or more physical processors.  *See*  https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/<br><br>Additionally, Echo devices have one or more processors.  For example, the Texas Instruments DM3725CUS100 Digital Media Processor as depicted below with red annotations: |

| Claim | Exemplary Disclosures |
|---|---|
| | Sam Goldheart, Amazon Echo Teardown, https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 |
| [1.a] providing, by the one or more processors, a natural language utterance as an input to a speech recognition engine; | Alexa programmed to perform or have performed methods for providing, by the one or more processors, a natural language utterance as an input to a speech recognition engine. |

| Claim | Exemplary Disclosures |
|---|---|
| | **TTS in Alexa**<br><br>[Diagram showing Alexa voice service flow: Utterance → Recognize → Recognition result → Automatic speech recognition (ASR); Recognition result → Intent → Natural language understanding (NLU); Intent → "Play" directive → Skills; TTS → "Play" directive]<br><br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07. |
| [1.b] receiving, by the one or more processors, words or phrases, recognized from the natural language utterance, as an output of the speech recognition engine; | Alexa is programmed to perform and have performed methods for receiving, by the one or more processors, words or phrases, recognized from the natural language utterance, as an output of the speech recognition engine. |

-4-

| Claim | Exemplary Disclosures |
|---|---|
|  | **TTS in Alexa** *(diagram showing Alexa voice service flow: Utterance → Alexa voice service → Recognize → Automatic speech recognition (ASR) → Recognition result → Natural language understanding (NLU) → Intent → Skills → "Play" directive → TTS)* See https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07. |
| [1.c] determining, by the one or more processors, a context for the natural language utterance based on the recognized words or phrases; | Alexa is programmed to perform or have performed methods of determining, by the one or more processors, a context for the natural language utterance based on the recognized words or phrases.<br><br>"Recently, Alexa also introduced a context embedding service, which uses a large neural network trained on a variety of tasks to produce a running sequence of vector representations — or embeddings — of the past several rounds of dialogue, both the customer's utterances and Alexa's responses."<br><br>"The underlying machine learning model factors in the current customer utterance, the text of the previous dialogue turn (both the customer's utterance and Alexa's response), and relevant context information from the Alexa services invoked by the utterance. This might include entries from an address book, a list of smart-home devices connected to Alexa, or the local-search function's |

| Claim | Exemplary Disclosures |
|---|---|
| | classification of names the customer mentioned — names of restaurants, of movie theaters, of gas stations, and so on." <br><br> https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition <br><br> **Contextual carryover** <br><br> You don't need to provide annotated dialogs that demonstrate contextual carryover. The dialog simulator supports this feature by introducing turns with pronouns (for example, "Please purchase it") when generating dialog variants from annotated dialogs. The carryover occurs at a later runtime stage, argument filling, when Alexa Conversations considers all slots that the user and Alexa mention across the entire dialog for filling API arguments. <br><br> **Example** <br><br> You provide a dialog to purchase a movie. The dialog simulator introduces a turn with a pronoun. <br><br> | Dialog you provide | Example variant from the dialog simulator | <br> |---|---| <br> | **User:** I'd like to watch a movie from Guy Ritchie. (Invoke API `RecommendMovie`.) **Alexa:** How about Snatch? **User:** Please help me purchase Snatch. (Invoke API `ReserveMovie`.) **Alexa:** The movie Snatch is reserved for you. | **User:** I'd like to watch a movie from Guy Ritchie. (Invoke API `RecommendMovie`.) **Alexa:** How about Snatch? **User:** Please purchase it. (Invoke API `ReserveMovie`.) **Alexa:** The movie Snatch is reserved for you. | <br><br> **Context memory** <br><br> *Context memory* is short-term memory that tracks user utterances and models results such as entities (that is, a slot that the user mentioned or a return value from a previous API), predicted actions, and Alexa responses. Context memory maintains dialog context for each session and is constantly updated throughout the session. <br><br> *See* https://developer.amazon.com/en-US/docs/alexa/conversations/how-alexa-conversations-works.html#contextual-carryover |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>AWS re: Invent, Integrate Alexa into Your Product, Using the Alexa Voice Service Device SDK. |

| Claim | Exemplary Disclosures |
|---|---|
| | *See* https://www.youtube.com/watch?v=gRAFp--sZ_Y |

| Claim | Exemplary Disclosures |
|---|---|
| | |
| [1.d] selecting, by the one or more processors, a purchase opportunity based on the determined context; | Alexa is programmed to perform or have performed methods of selecting, by the one or more processors, a purchase opportunity based on the determined context.<br>Alexa selects a purchase opportunity, e.g. an artist's upcoming tour ticket, deals, etc. based on the determined context.<br><br>"What are interest-based ads?<br>Interest-based ads are used to highlight products and services that may be relevant to you based on your interests. For example, if you browse cake pans on Amazon.com, you may later receive a relevant ad on your Alexa-enabled device about cookware. Or, if you often ask Alexa to play a song from your favorite artist when listening to a third-party streaming service, you may get an ad when listening to that service promoting that artist's upcoming tour."<br>https://www.amazon.com/b?ie=UTF8&node=98592480011#:~:text=There%20are%20experiences%20with%20Alexa,Show%20screen%2C%20that%20include%20ads.<br><br>**Alexa can help you save money**<br><br>"Alexa, what are my deals?"<br><br>Alexa can notify you about live deals on items that you have saved in your **Cart**, **Wish List**, or **Saved for Later**. Here's how it works:<br><br>1. Add products to your Cart, Wish List, or Saved for Later on your Alexa device or the Amazon app.<br>2. When you see a yellow ring light or a notification pop-up on your Echo Device or Amazon app, ask "Alexa, what are my notifications?" Alexa will then notify you when added products go live on deal.<br>3. Ready to save? You can then ask Alexa to buy the deal.<br><br>Or, discover deals with your Echo device.<br><br>*See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011 |

| Claim | Exemplary Disclosures |
|---|---|
| | **Browsing for a gift or a product for yourself?**<br>Alexa can give recommendations based on real customer ratings and let you know of great deals on Amazon.com.<br>Ask: "What's the most popular dog food?"<br>Ask: "What are my deals?"<br><br>*See* https://www.amazon.com/alexa-voice-shopping/b?ie=UTF8&node=14552177011<br><br>"Alexa, what are my notifications?"<br><br>https://www.youtube.com/watch?v=w73EMk_qLl0 |
| [1.e] delivering, by the one or more processors, the selected purchase opportunity via an electronic device in | Alexa is programmed to perform or have performed methods of delivering, by the one or more processors, the selected purchase opportunity via an electronic device in communication with the one or more processors.<br><br>Alexa delivers the selected purchase opportunity via Alexa devices. |

-10-

| Claim | Exemplary Disclosures |
|---|---|
| communication with the one or more processors; | "What are interest-based ads?<br>Interest-based ads are used to highlight products and services that may be relevant to you based on your interests. For example, if you browse cake pans on Amazon.com, you may later receive a relevant ad on your Alexa-enabled device about cookware. Or, if you often ask Alexa to play a song from your favorite artist when listening to a third-party streaming service, you may get an ad when listening to that service promoting that artist's upcoming tour."<br>https://www.amazon.com/b?ie=UTF8&node=98592480011#:~:text=There%20are%20experiences%20with%20Alexa,Show%20screen%2C%20that%20include%20ads<br><br>**Alexa can help you save money**<br><br>"Alexa, what are my deals?"<br><br>Alexa can notify you about live deals on items that you have saved in your **Cart**, **Wish List**, or **Saved for Later**. Here's how it works:<br><br>1. Add products to your Cart, Wish List, or Saved for Later on your Alexa device or the Amazon app.<br>2. When you see a yellow ring light or a notification pop-up on your Echo Device or Amazon app, ask "Alexa, what are my notifications?" Alexa will then notify you when added products go live on deal.<br>3. Ready to save? You can then ask Alexa to buy the deal.<br><br>Or, discover deals with your Echo device.<br><br>*See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011 |

-11-

| Claim | Exemplary Disclosures |
|---|---|
| |  *See* https://www.amazon.com/alexa-voice-shopping/b?ie=UTF8&node=14552177011 |

| Claim | Exemplary Disclosures |
|---|---|
| | *See* https://www.youtube.com/watch?v=w73EMk_qLl0 |
| [1.f] tracking, by the one or more processors, an interaction pattern associated with the purchase opportunity delivered to the electronic device, wherein the tracked interaction pattern associated with the purchase opportunity includes information associated with a subsequent request in which the electronic device interacts with the purchase opportunity includes the electronic device completing a transaction related to the purchase opportunity; | Alexa is programmed to perform or have performed methods of tracking, by the one or more processors, an interaction pattern associated with the purchase opportunity delivered to the electronic device, wherein the tracked interaction pattern associated with the purchase opportunity includes information associated with a subsequent request in which the electronic device interacts with the purchase opportunity includes the electronic device completing a transaction related to the purchase opportunity. |

| Claim | Exemplary Disclosures |
|---|---|
|  | <br>*See* https://www.youtube.com/watch?v=w73EMk_qLl0<br><br>Digital Services and Device Support › Alexa Features Help › Alexa Smart Home ›<br><br>**What Are Low Supply Notifications & Smart Reorders?**<br><br>Alexa can notify you or reorder essential items when you're running low.<br><br>After connecting a device with Alexa that is compatible with smart reorders, like a printer, Alexa activates low supply notifications automatically.<br><br>With low supply notifications, you'll receive notifications for compatible products when your supply is running low.<br><br>Alternatively, activate smart reorders for automatic reordering on products you choose when Alexa detects low supply.<br><br>**Note:** Low supply notifications and smart reorders can't be active at the same time. If you activate smart reorders, it turns off low supply notifications. And if you activate low supply notifications, it turns off smart reorders.<br><br>*See* https://www.amazon.com/gp/help/customer/display.html?nodeId=TseBdhTjISJofpzfl0 |

| Claim | Exemplary Disclosures |
|---|---|
| [1.g] building or updating, by the one or more processors, a user-specific profile based on the tracked interaction pattern; and | Alexa is programmed to perform or have performed methods of building or updating, by the one or more processors, a user-specific profile based on the tracked interaction pattern.<br><br>"You can enroll your Amazon Profile in Alexa as an Alexa Profile. Alexa Profiles gives each person in your home their own individual Alexa experience. You can create an Alexa Profile for you and your family members when setting up your device. Alexa Profiles can be created from your device after setup. Select an existing Amazon Profile on your Amazon Account or create a new Amazon Profile. Existing Amazon Profiles include profiles enrolled in other programs, like Prime Video."<br>https://www.amazon.com/gp/help/customer/display.html?nodeId=GLE4EVA2VLDRQDLC<br><br>Alexa tracks purchases for a given user.  Alexa provides recommendations based on past purchase patterns.  For example, if the end-user utters:  "I want to reorder something,"  Alexa will focus on recommending previously purchased items for that specific user. |
| [1.h] interpreting, by the one or more processors, a subsequent natural language utterance using the user-specific profile to select a subsequent purchase opportunity based on the subsequent natural language utterance. | Alexa is programmed to perform or have performed methods of interpreting, by the one or more processors, a subsequent natural language utterance using the user-specific profile (e.g., Amazon profile or VoiceID) to select a subsequent purchase opportunity based on the subsequent natural language utterance. |

-15-

| Claim | Exemplary Disclosures |
|---|---|
|  |  See https://www.youtube.com/watch?v=gRAFp--sZ_Y, at 10:07. |

| Claim | Exemplary Disclosures |
|---|---|
| |  *See* https://www.amazon.com/alexa-shopping-hub/b?ie=UTF8&node=21467932011&ref=pe_alxhub_aucc_en_us_IC_HP_3_HUB_SHOP |