# EXHIBIT J

**Exhibit J: Exemplary Infringement Claim Chart for U.S. Patent 9,502,025 Claim 8**

| Claim | Exemplary Disclosures |
|---|---|
| [8.pre] A method for providing a natural language content dedication service, the method being implemented in a computer system having one or more processors programmed with computer program instructions that, when executed by the one or more processors, cause the computer system to perform the method, the method comprising: | Amazon's Alexa is programmed to perform and have performed methods for providing a natural language content dedication service, the method being implemented in a computer system having one or more processors programmed with computer program instructions that, when executed by the one or more processors, cause the computer system to perform the method.<br><br>Amazon's Alexa includes, for example, Echo, Echo Dot, Echo Show, FireTV, Alexa apps, and Alexa cloud.<br><br><br><br>*See* https://www.amazon.com/b?&node=9818047011&ref=MARS_NAV_desktop_plswitcher<br><br>Alexa includes one or more processors.  *See*  https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/<br><br>Additionally, Echo devices have one or more processors.  For example, the Texas Instruments DM3725CUS100 Digital Media Processor as depicted below with red annotations: |

| Claim | Exemplary Disclosures |
|---|---|
|  |  Sam Goldheart, Amazon Echo Teardown, https://www.ifixit.com/Teardown/Amazon+Echo+Teardown/33953 |
| [8.a] receiving, by one or more processors, a first utterance that includes a natural language utterance; | Alexa is programmed to perform and have performed methods for receiving a first utterance that includes a natural language utterance. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|       | <br><br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07.<br><br>In the example shown below, Alexa receives an audio or transcribed version of the utterance: "Alexa share this song with [intended recipient.]." |

| Claim | Exemplary Disclosures |
|---|---|
| | <br><br>See https://www.youtube.com/watch?v=rU5BBHOiWps<br><br>*See also* Introducing Music Sharing, https://www.amazon.com/b?ie=UTF8&node=21568796011#:~:text=Everyone%20loves%20sharing%20music.,can%20send%20back%20a%20reaction "Now, customers can share songs with their Alexa contacts on their Echo devices. It's as easy as saying, "**Alexa share this song with Claire**" while you're listening to the song you want to share and Alexa will send the song to your chosen contact. The recipient can listen to the song using their Echo device and can send back a reaction." |
| [8.b] determining, by the one or more processors, one or more words or phrases of the first utterance based on processing of the first utterance by a speech recognition engine; | Alexa is programmed to perform and have performed methods of determining, based on processing of the first utterance by a speech recognition engine, one or more words or phrases of the first utterance. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [8.c] providing, by the one or more processors, the one or more words or phrases as an input to a conversational language processor; | Alexa is programmed to perform and have performed methods of providing the one or more words or phrases as an input to a conversational language processor. |

| Claim | Exemplary Disclosures |
|---|---|
|  |  See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [8.d] interpreting, by the one or more processors, the first utterance, at the conversational language processor, based on the one or more words or phrases;<br><br>[8.e] identifying, by the one or more processors, content to dedicate to a recipient based on the interpretation of the first utterance; | Alexa is programmed to perform and have performed methods of interpreting the first utterance, at the conversational language processor, based on the one or more words or phrases and identifying content to dedicate to a recipient based on the interpretation of the first utterance. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [8.f] initiating, by the one or more processors, a dedication to the recipient based on the identified content; | Alexa is programmed to perform and have performed methods of initiating, based on the identified content, a dedication to the recipient.<br><br>Alexa sends a message about song to recipient.<br>"Now, customers can share songs with their Alexa contacts on their Echo devices. It's as easy as saying, "Alexa share this song with Claire" while you're listening to the song you want to share and Alexa will send the song to your chosen contact. The recipient can listen to the song using their Echo device and can send back a reaction."<br>https://www.amazon.com/b?ie=UTF8&node=21568796011#:~:text=Everyone%20loves%20sharing%20music.,can%20send%20back%20a%20reaction. |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|       |  |

| Claim | Exemplary Disclosures |
|---|---|
|  |  *See* https://www.youtube.com/watch?v=rU5BBHOiWps |
| [8.g] receiving, by the one or more processors, a second utterance to be associated with the dedication; | Alexa is programmed to perform and have performed methods of receiving a second utterance to be associated with the dedication. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [8.h] determining, by the one or more processors, one or more words or phrases of the second utterance based on a processing of the second utterance by the speech recognition engine; | Alexa is programmed to perform or have performed methods of determining one or more words or phrases of the second utterance based on a processing of the second utterance by the speech recognition engine. |

| Claim | Exemplary Disclosures |
|---|---|
| | <br>See https://www.youtube.com/watch?v=gRAFp--sZ_Y at 10:07. |
| [8.i] providing, by the one or more processors, the one or more words or phrases of the second utterance as textual annotations within metadata of the content; and | Alexa is programmed to perform or have performed methods for providing, by the one or more processors, the one or more words or phrases of the second utterance as textual annotations within metadata of the content.<br><br>"The Review Voice History section of Alexa Privacy Settings shows your voice interactions with Alexa. You can filter by date, device, and profile, and choose an entry to see what Alexa heard you say and how Alexa responded. You can even listen to the voice recording of each request. All of your voice recordings are saved by default, but you can change how long your voice recordings are saved or choose to delete them at any time."<br>https://www.amazon.com/b?ie=UTF8&node=23608614011 |

| Claim | Exemplary Disclosures |
|---|---|
| [8.j] sending, by the one or more processors, information to enable the recipient to access the content and the second utterance. | Alexa is programmed to perform or have performed methods for sending, by the one or more processors, information to enable the recipient to access the content and the second utterance.<br><br> |

| Claim | Exemplary Disclosures |
|-------|----------------------|
|       | <br>*See* https://www.youtube.com/watch?v=rU5BBHOiWps |