# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
|     Plaintiff, | |
|     v. | C.A. No. 24-_____ |
| AMAZON.COM SERVICES, LLC, | **JURY TRIAL DEMANDED** |
|     Defendant. | |

## VB ASSETS, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff VB Assets, LLC, by and through the undersigned attorneys, makes the following disclosure:

1. There is no parent corporation and there is no publicly held corporation owning 10% or more of VB Assets, LLC's stock.

2. No publicly held corporation is a member or owner of the LLC.

Dated: July 18, 2024

*Of counsel:*

James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
jyoon@wsgr.com
rsmith@wsgr.com

Matthew A. Macdonald
Jamie Otto
953 East Third Street, Suite 100
Los Angeles, CA 90013
matthew.macdonald@wsgr.com
jotto@wsgr.com

Mikaela E. Evans-Aziz
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
mevansaziz@wsgr.com

David Greenbaum
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631
david@greenbaum.law

Respectfully submitted,

SMITH, KATZENSTEIN & JENKINS LLP

 */s/ Daniel A. Taylor*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 North West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*