# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Defendant. | C.A. No. 24-839-MN |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of James C. Yoon, Ryan R. Smith, Matthew A. Macdonald, Jamie Otto, and Mikaela E. Evans-Aziz of WILSON SONSINI GOODRICH & ROSATI, to represent Plaintiff VB Assets, LLC in the above-captioned matter.

Dated: July 24, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*

## **ORDER GRANTING MOTION**

 IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* of James C. Yoon, Ryan R. Smith, Matthew A. Macdonald, Jamie Otto, and Mikaela E. Evans-Aziz is GRANTED.

Dated: July ___, 2024

                 _____
                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  July 24, 2024

*/s/ James C. Yoon*
James C. Yoon
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 320-4726
jyoon@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, Washington, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Central District of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 24, 2024

*/s/ Ryan R. Smith*
Ryan R. Smith
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 849-3345
rsmith@wsgr.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States District Court for the District of Colorado and the United States Court of Appeals for the Ninth Circuit.  Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  July 24, 2024

/s/ Matthew A. Macdonald
Matthew A. Macdonald
WILSON SONSINI GOODRICH & ROSATI P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2953
matthew.macdonald@wsgr.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of Missouri, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 24, 2024

*/s/ Jamie Otto*
Jamie Otto
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
(650) 849-3109
jotto@wsgr.com

6

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, and the United States District Court for the Southern District of New York.  Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  July 24, 2024

*/s/ Mikaela E. Evans-Aziz*
Mikaela E. Evans-Aziz
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(212) 497-7710
mevansaziz@wsgr.com