# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
|             Plaintiff, | |
|     v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES LLC, | |
|             Defendant. | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Defendant must answer, move, or otherwise respond to the Complaint in the above action is extended through and including October 21, 2024.

| SMITH, KATZENSTEIN & JENKINS LLP | ASHBY & GEDDES |
|---|---|
| */s/ Neal C. Belgam* | */s/ Steven J. Balick* |
| Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 North West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Plaintiff VB Assets, LLC* | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant<br>Amazon.com Services LLC* |

SO ORDERED, this _____ of _____, 2024.

_____
United States District Judge

{02043136;v1 }