IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | C.A. No. 1:24-cv-00839-MN |

**CORPORATE DISCLOSURE STATEMENT OF AMAZON.COM SERVICES LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Amazon.com Services LLC, through its undersigned counsel, states as follows:

Amazon.com Services LLC is a wholly-owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock.

{02061456;v1 }

Dated: October 21, 2024

*Of counsel:*

J. David Hadden CSB No. 176148
dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
vsalmastlian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Respectfully submitted,

*/s/ Steven J. Balick*
Steven J. Balick (#2114)
sbalick@ashbygeddes.com
Andrew C. Mayo (#5207)
amayo@ashbygeddes.com
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Counsel for Defendant
Amazon.com Services LLC*