## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
|     Plaintiff, | |
|     v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES, LLC, | **JURY TRIAL DEMANDED** |
|     Defendant. | |

### STIPULATION REGARDING NAMED DEFENDANT

VB Assets, LLC ("VB Assets") and Amazon.com Services LLC ("Amazon") (collectively, "Parties") are presently parties in *VB Assets, LLC v. Amazon.com Services LLC*, C.A. No. 24-839-MN ("*VB Assets II*"). The same Parties are also parties in the earlier-filed related action *VB Assets, LLC v. Amazon.com Services LLC*, C.A. No. 19-1410-MN ("*VB Assets I*"). In an effort to minimize disputes and increase efficiency, the Parties hereby stipulate and agree to the following:

WHEREAS, the Parties filed a stipulation in *VB Assets I* consenting to the substitution of Amazon.com Services LLC for Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab 126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services, LLC as a defendant in-suit pursuant to Fed. R. Civ. P. 25(c) and (a)(3). *VB Assets I*, D.I. 251; and

WHEREAS, Amazon represents that the only relevant Amazon defendant entity for purposes of this lawsuit is Amazon.com Services LLC;

NOW THEREFORE, VB Assets and Amazon hereby agree, subject to the approval and order of the Court, for purposes of above-entitled action only, should any liability be found, Amazon.com Services LLC assumes liability (to the extent any liability exists) for all acts of alleged infringement by any affiliated Amazon entity, including the defendants substituted out in *VB Assets I* through stipulation.  For avoidance of doubt, for purposes of this case only, Amazon.com Services LLC assumes liability (to the extent any liability exists) for (1) making and operating the Alexa servers, (2) selling Echo devices and tablets, and (3) making and distributing Amazon-branded mobile apps including Alexa and Amazon Shopping. At trial, the parties may refer to Amazon.com Services LLC as "Amazon" and neither party will object to such reference.

Respectfully submitted,

Dated: October 30, 2024

| | |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Steven J. Balick* |
| SMITH, KATZENSTEIN & JENKINS LLP | ASHBY & GEDDES |
| Neal C. Belgam (No. 2721) | Steven J. Balick (#2114) |
| Daniel A. Taylor (No. 6934) | Andrew C. Mayo (#5207) |
| 1000 West Street, Suite 1501 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 652-8400 | Wilmington, DE 19899 |
| nbelgam@skjlaw.com | sbalick@ashbygeddes.com |
| dtaylor@skjlaw.com | amayo@ashbygeddes.com |
| | Telephone: (302) 654-1888 |
| *Counsel for Plaintiff VB Assets, LLC* | *Counsel for Defendant Amazon.com Services LLC* |

IT IS SO ORDERED this 30th day of October 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

2