### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>  Defendant. | C.A. No. 24-839-MN |

### STIPULATION TO EXTEND TIME

VB Assets, LLC ("VB Assets") and Amazon.com Services LLC ("Amazon") (collectively, "Parties") hereby stipulate and agree, subject to the approval and order of the Court, that the deadline for the parties to submit a proposed scheduling order, currently set for November 21, 2024 (D.I. 14), be extended to November 25, 2024.

|  |  |
|---|---|
| Dated: November 21, 2024 | Respectfully submitted, |
| */s/  Daniel A. Taylor* | */s/  Steven J. Balick* |
| SMITH, KATZENSTEIN & JENKINS LLP | ASHBY & GEDDES |
| Neal C. Belgam (No. 2721) | Steven J. Balick (#2114) |
| Daniel A. Taylor (No. 6934) | Andrew C. Mayo (#5207) |
| 1000 West Street, Suite 1501 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 652-8400 | Wilmington, DE 19899 |
| nbelgam@skjlaw.com | sbalick@ashbygeddes.com |
| dtaylor@skjlaw.com | amayo@ashbygeddes.com |
|  | Telephone: (302) 654-1888 |
| *Counsel for Plaintiff VB Assets, LLC* | *Counsel for Defendant Amazon.com Services LLC* |

IT IS SO ORDERED this _____ of _____, 2024.

                                                  Honorable Maryellen Noreika
                                                  United States District Judge