**SMITH KATZENSTEIN JENKINS** LLP

November 25, 2024

*Via CM/ECF*

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
Unit 19, Room 4324
844 North King Street
Wilmington, DE 19801-3555

  **Re:** ***VB Assets, LLC v. Amazon.com Services, LLC***
     **C.A. No. 24-839-MN**

Dear Judge Noreika:

  Pursuant to Your Honor's October 22, 2024 Oral Order, I write jointly on behalf of Plaintiff VB Assets, LLC ("VB") and Defendant Amazon.com Services, LLC ("Amazon") (collectively, "the Parties") to submit the attached proposed Scheduling Order.

  Further to the Oral Order, at this time, the Parties do not raise any disputes with respect to the proposed Scheduling Order.

  Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

cc: Counsel of record (via CM/ECF)