IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>AMAZON.COM SERVICES LLC,<br><br>                    Defendant. | C.A. No. 24-839-MN |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of February, 2025, **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF VB ASSETS, LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-11)** and **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF VB ASSETS, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-140)** were served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| David Greenbaum, Esquire<br>GREENBAUM LAW LLC<br>210 Allison Court<br>Englewood, NJ 07631 | VIA ELECTRONIC MAIL |
| Jamie Y. Otto, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA  90071-2027 | VIA ELECTRONIC MAIL |

James C. Yoon, EsquireVIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, EsquireVIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126


ASHBY & GEDDES

/s/ Andrew C. Mayo
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
*Of Counsel:*Wilmington, DE 19899
(302) 654-1888
J. David Hadden, CSB No. 176148sbalick@ashbygeddes.com
Email: dhadden@fenwick.comamayo@ashbygeddes.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com*Attorneys for Defendant*
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  February 18, 2025