# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, <br><br> Defendant. | C.A. No. 24-839-MN |

## STIPULATED PROTECTIVE ORDER

Plaintiff VB Assets, LLC and Defendant Amazon.com Services LLC (collectively, "the parties") hereby stipulate and agree, subject to the approval and order of the Court, to expand the cross-use provision in Section 5 of the Stipulated Protective Order (D.I. 26, "Protective Order") entered in this action on December 20, 2024, as follows:

5.7   Subject to the terms of the Protective Order, and consistent with any confidentiality designations and associated protections therein, all material from *VB Assets I* (D. Del. Case No. 1:19-cv-1410-MN) that was designated as Protected Information under the protective order entered in that action—including but not limited to deposition transcripts, trial transcripts, expert reports, and exhibits—may be accessed and reviewed in this action (*VB Assets II*) by the parties, their outside litigation counsel of record, and any experts or consultants retained in this action who are otherwise qualified to receive Protected Information under Section 2.3 of the Protective Order.

5.8.   By entering this stipulation, Amazon does not admit to the relevance or admissibility of any Protected Information from *VB Assets I*. This stipulation also does not constitute a waiver of any applicable objection, privilege, doctrine, right, or immunity related to the Protected Information from *VB Assets I* under the Federal Rules of Evidence, the Federal Rules

of Civil Procedure, the Local Rules of this District, the Standing Orders of this Court, or any other applicable orders or rules.

5.8  This expanded cross-use permission does not apply to any material designed as Protected Information by third parties in *VB Assets I* unless and until the Producing third party has consented in writing to such use. The parties shall work in good faith to obtain any required consents.

Each of the parties agrees to be bound by the terms hereof upon entry of this Order by the Court.

Dated: June 3, 2025                                                                 Respectfully submitted,

**SMITH, KATZENSTEIN & JENKINS LLP**           **ASHBY & GEDDES**

*/s/ Daniel A. Taylor*                                                       */s/ Steven J. Balick*
Neal C. Belgam (No. 2721)                                        Steven J. Balick (No. 2114)
Daniel A. Taylor (No. 6934)                                      Andrew C. Mayo (No. 5207)
1000 West Street, Suite 1501                                   500 Delaware Avenue, 8th Floor
Wilmington, DE 19801                                              P.O. Box 1150
(302) 652-8400                                                              Wilmington, DE 19899
nbelgam@skjlaw.com                                               (302) 654-1888
dtaylor@skjlaw.com                                                   sbalick@ashbygeddes.com
                                                                                         amayo@ashbygeddes.com
*Attorneys for Plaintiff VB Assets, LLC*
                                                                                         *Attorneys for Defendant Amazon.com Services LLC*

IT IS SO ORDERED this 3rd day of June 2025.

_____
The Honorable Maryellen Noreika
United States District Judge