IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | C.A. No. 24-839-MN |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of June, 2025, **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF VB ASSETS, LLC'S NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire <br> SMITH KATZENSTEIN & JENKINS LLP <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| David Greenbaum, Esquire <br> GREENBAUM LAW LLC <br> 210 Allison Court <br> Englewood, NJ 07631 | VIA ELECTRONIC MAIL |
| Jamie Y. Otto, Esquire <br> WILSON SONSINI GOODRICH & ROSATI, P.C. <br> 633 West Fifth Street, Suite 1550 <br> Los Angeles, CA 90071-2027 | VIA ELECTRONIC MAIL |

James C. Yoon, Esquire  VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, Esquire  VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  June 20, 2025

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*