IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VB ASSETS, LLC,

          Plaintiff,

    v.

                             C.A. No. 24-839-MN

AMAZON.COM SERVICES LLC,

          Defendant.

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of June, 2025, **AMAZON'S**

**IDENTIFICATION OF PROPOSED CONSTRUCTIONS** was served upon the below-named

counsel of record at the address and in the manner indicated:

Neal C. Belgam, Esquire                        VIA ELECTRONIC MAIL
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

David Greenbaum, Esquire                   VIA ELECTRONIC MAIL
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631

Jamie Y. Otto, Esquire                          VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027

James C. Yoon, Esquire                                VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, Esquire                        VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126


                                                      ASHBY & GEDDES

                                                      /s/ Andrew C. Mayo
                                                      _____
                                                      Steven J. Balick (#2114)
                                                      Andrew C. Mayo (#5207)
                                                      500 Delaware Avenue, 8th Floor
                                                      P.O. Box 1150
                                                      Wilmington, DE 19899
                                                      (302) 654-1888
*Of Counsel:*                                         sbalick@ashbygeddes.com
                                                      amayo@ashbygeddes.com
J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com                            *Attorneys for Defendant*
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  June 25, 2025