IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VB ASSETS, LLC,

             Plaintiff,

      v.

AMAZON.COM SERVICES LLC,

             Defendant.

C.A. No. 24-839-MN

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of July, 2025, **NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF VB ASSETS, LLC** was served upon the below-named counsel of record at the address and in the manner indicated:

Neal C. Belgam, Esquire                       VIA ELECTRONIC MAIL
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

David Greenbaum, Esquire                VIA ELECTRONIC MAIL
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631

Jamie Y. Otto, Esquire                       VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027

James C. Yoon, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, Esquire                                  <u>VIA ELECTRONIC MAIL</u>
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

                                                ASHBY & GEDDES

                                                */s/ Andrew C. Mayo*

                                                _____
                                                Steven J. Balick (#2114)
                                                Andrew C. Mayo (#5207)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
*Of Counsel:*                                   (302) 654-1888
                                                sbalick@ashbygeddes.com
J. David Hadden, CSB No. 176148                 amayo@ashbygeddes.com
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com                    *Attorneys for Defendant*
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  July 3, 2025