# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC,<br><br>             Defendant. | C.A. No. 1:24-cv-00839-MN<br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE OF RULE 30(B)(1) DEPOSITION OF MICHAEL KENNEWICK

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, defendant Amazon.com Services LLC ("Amazon") will take the deposition by oral testimony of Michael Kennewick.

The deposition will commence at 9:30 a.m. Pacific Time on a date to be agreed upon by the parties, and will continue day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition. The deposition will occur at Fenwick & West LLP, 801 California Street, Mountain View, CA 94041 or at another location mutually agreed upon by counsel, or by videoconference. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means, as permitted under the current circumstances. Provisions for real-time monitoring may also be used. Amazon also reserves the right to utilize Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually. Should the deposition be recorded in either video format, Amazon reserves the right to utilize at trial any portion of the audio or video recording of the proceeding. In the

event Amazon utilizes the stenographic reporting method, Amazon reserves the right to utilize instant visual display such that the reporter's record of the proceeding will be available to all who are a party to this proceeding to request and receive in real-time.

NOTICE IS FURTHER GIVEN that Amazon reserves the right to conduct this deposition utilizing a paperless exhibit display process called "Exhibit Share," provided and supported by Veritext Legal Solutions. The parties are advised that one paper set of exhibits may be used at the deposition for the court reporter's purposes of compiling, exhibit stamping, and ultimate production of the final certified transcript. However, no other paper copies will be provided as they will be available for visual display using Exhibit Share.

Please contact the noticing attorney prior to the deposition to advise that it is your desire to be set up for Exhibit Share access so that the necessary credentials, testing, and information, if necessary, can be provided to you prior to the proceedings. For information and available tutorial videos demonstrating Exhibit Share, please use this link to access additional information: http://www.veritext.com/services/exhibitshare/.

NOTICE IS FURTHER GIVEN that Amazon reserves the right to conduct this deposition using the secure web-based deposition option afforded by Veritext or, in the alternative, video teleconferencing (VTC) services or telephonically only to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that the court reporter may be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Please contact the noticing attorney prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, testing, and information, if necessary, can be provided to you prior to the proceedings.

Amazon reserves the right to use instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet, or other type of display device connected to the court reporter.

Dated: July 3, 2025

Respectfully submitted,

/s/ Andrew C. Mayo

_____

*Of counsel:*

J. David Hadden, CSB No. 176148
dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
vsalmastlian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Geoffrey Miller, NYSB No. 5597745
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY  10010
(212) 430-2600

Steven J. Balick (#2114)
sbalick@ashbygeddes.com
Andrew C. Mayo (#5207)
amayo@ashbygeddes.com
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Counsel for Defendant*
*Amazon.com Services LLC*