IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM SERVICES LLC,<br><br>        Defendant. | C.A. No. 24-839-MN |

**NOTICE OF RULE 30(B)(1) DEPOSITION OF TODD KENCK**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, defendant Amazon.com Services LLC ("Amazon") will take the deposition by oral testimony of Todd Kenck.

The deposition will commence at 9:30 a.m. Pacific Time on a date mutually agreed upon by the parties, and will continue day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition. The deposition will be taken by videoconference. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means, as permitted under the current circumstances. Provisions for real-time monitoring may also be used. Amazon also reserves the right to utilize Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually. Should the deposition be recorded in either video format, Amazon reserves the right to utilize at trial any portion of the audio or video recording of the proceeding. In the event Amazon utilizes the stenographic reporting method, Amazon reserves the right to utilize instant visual display such that

the reporter's record of the proceeding will be available to all who are a party to this proceeding to request and receive in real-time.

NOTICE IS FURTHER GIVEN that Amazon reserves the right to conduct this deposition utilizing a paperless exhibit display process called "Exhibit Share," provided and supported by Veritext Legal Solutions. The parties are advised that one paper set of exhibits may be used at the deposition for the court reporter's purposes of compiling, exhibit stamping, and ultimate production of the final certified transcript. However, no other paper copies will be provided as they will be available for visual display using Exhibit Share.

Please contact the noticing attorney prior to the deposition to advise that it is your desire to be set up for Exhibit Share access so that the necessary credentials, testing, and information, if necessary, can be provided to you prior to the proceedings. For information and available tutorial videos demonstrating Exhibit Share, please use this link to access additional information: http://www.veritext.com/services/exhibitshare/.

NOTICE IS FURTHER GIVEN that Amazon reserves the right to conduct this deposition using the secure web-based deposition option afforded by Veritext or, in the alternative, video teleconferencing (VTC) services or telephonically only to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone. Also take notice that the court reporter may be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Please contact the noticing attorney prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, testing, and information, if necessary, can be provided to you prior to the proceedings.

Amazon reserves the right to use instant visual display technology such that the court

reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet, or other type of display device connected to the court reporter.

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  August 22, 2025

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*