# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

### PLAINTIFF VB ASSETS, LLC'S NOTICE OF DEPOSITION OF ROLAND MAAS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff VB Assets, LLC ("VB Assets" or "Plaintiff") will take the deposition by oral testimony of Roland Maas.

The deposition will commence at **9:00 a.m. Pacific Time on September 29, 2025**, a date mutually agreed to by the parties. The deposition shall be taken by remote deposition means, as mutually agreed by the parties. The deposition will take place pursuant to the Federal Rules of Civil Procedure and applicable Local rules of the United States District Court for the District of Delaware before a qualified Notary Public or other officer duly authorized by law to administer oaths, and will continue day to day, excluding weekends and holidays, until completed with such adjournments as time and place that may be necessary. The deposition will be recorded by stenographic means and will be audiotaped and/or videotaped. Provisions for real-time monitoring may also be used. VB Assets reserves the right to use any portion of the transcript or audio or video recording of the deposition at trial.

Dated: August 22, 2025

*Of counsel:*

James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*jyoon@wsgr.com*
*rsmith@wsgr.com*

Matthew A. Macdonald
Jamie Otto
953 East Third Street, Suite 100
Los Angeles, CA 90013
*matthew.macdonald@wsgr.com*
*jotto@wsgr.com*

Mikaela E. Evans-Aziz
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
*mevansaziz@wsgr.com*

David Greenbaum
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631
*david@greenbaum.law*

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*