IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2025, **NOTICE OF**

**SUBPOENA TO MICROSOFT CORPORATION** was served upon the below-named counsel

of record at the address and in the manner indicated:

Neal C. Belgam, Esquire                                    VIA ELECTRONIC MAIL
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

David Greenbaum, Esquire                               VIA ELECTRONIC MAIL
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631

Jamie Y. Otto, Esquire                                      VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027

James C. Yoon, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

<u>VIA ELECTRONIC MAIL</u>

Mikaela E. Evans-Aziz, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  September 8, 2025