IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VB ASSETS, LLC,

        Plaintiff,

v.

AMAZON.COM SERVICES LLC,

        Defendant.

C.A. No. 24-839-MN

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of September, 2025, **NOTICE OF SUBPOENA TO MASSACHUSETTS INSTITUTE OF TECHNOLOGY** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| David Greenbaum, Esquire<br>GREENBAUM LAW LLC<br>210 Allison Court<br>Englewood, NJ 07631 | VIA ELECTRONIC MAIL |
| Jamie Y. Otto, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA  90071-2027 | VIA ELECTRONIC MAIL |

James C. Yoon, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, Esquire                                  <u>VIA ELECTRONIC MAIL</u>
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126


                                                          ASHBY & GEDDES

                                                          */s/ Andrew C. Mayo*

                                                          _____
                                                          Steven J. Balick (#2114)
                                                          Andrew C. Mayo (#5207)
                                                          500 Delaware Avenue, 8th Floor
                                                          P.O. Box 1150
*Of Counsel:*                                              Wilmington, DE 19899
                                                          (302) 654-1888
J. David Hadden, CSB No. 176148                 sbalick@ashbygeddes.com
Email: dhadden@fenwick.com                       amayo@ashbygeddes.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com                     *Attorneys for Defendant*
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  September 10, 2025