IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES LLC,<br><br>            Defendant. | C.A. No. 24-839-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Donna Long to represent the defendant in this matter. Pursuant to this Court's Standing Order effective January 1, 2024, the fee for the above-listed attorney will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Dated:  September 11, 2025

*Counsel for Defendant*
AMAZON.COM SERVICES LLC

{02163056;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC,<br><br>        Defendant. | C.A. No. 24-839-MN |

**<u>ORDER</u>**

This \_\_\_\_\_ day of _____, 2025, the Court having considered the motion for the admission *pro hac vice* of Donna Long to represent the defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice.*

                                                _____
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: September 10, 2025

/s/ Donna Long
Donna Long
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
(650) 988-8500
dlong@fenwick.com

{02163056;v1}      3