IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | C.A. No. 24-839-MN |

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jeffrey Ware, Eric Young, and Christopher Lavin to represent the defendant in this matter. Pursuant to this Court's Standing Order effective January 1, 2024, the fees for the above-listed attorneys will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Dated: September 22, 2025

*Counsel for Defendant*
AMAZON.COM SERVICES LLC

{02166935;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC,<br><br>           Defendant. | C.A. No. 24-839-MN |

**<u>ORDER</u>**

This _____ day of _____, 2025, the Court having considered the motion for the admission *pro hac vice* of Jeffrey Ware, Eric Young, and Christopher Lavin to represent the defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice.*

                                                                                             _____
                                                                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Washington, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Jeffrey Ware*
Jeffrey Ware
FENWICK & WEST LLP
401 Union Street
Seattle, WA 98101
(206) 389-4510
jware@fenwick.com

Dated: September 22, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Eric Young
Eric Young
FENWICK & WEST LLP
555 California Street  Fl. 12
San Francisco, CA  94104
(415) 875-2300
eyoung@fenwick.com

Dated: September 22, 2025

{02166935;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Christopher Lavin*
Christopher Lavin
FENWICK & WEST LLP
555 California Street  Fl. 12
San Francisco, CA  94104
(415) 875-2300
clavin@fenwick.com

Dated: September 22, 2025

{02166935;v1 }