IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VB ASSETS, LLC,

       Plaintiff,

v.

AMAZON.COM SERVICES LLC,

       Defendant.

C.A. No. 24-839-MN

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Johnathan Chai to represent the defendant in this matter. Pursuant to this Court's Standing Order effective January 1, 2024, the fee for the above-listed attorney will be submitted upon the filing of this motion.

                                             ASHBY & GEDDES

                                             */s/ Andrew C. Mayo*

                                             _____
                                             Steven J. Balick (#2114)
                                             Andrew C. Mayo (#5207)
                                             500 Delaware Avenue, 8th Floor
                                             P.O. Box 1150
                                             Wilmington, DE 19899
                                             (302) 654-1888
                                             sbalick@ashbygeddes.com
                                             amayo@ashbygeddes.com

Dated:  September 23, 2025                     *Counsel for Defendant*
                                             AMAZON.COM SERVICES LLC

{02167242;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC,<br><br>   Defendant. | C.A. No. 24-839-MN |

## **ORDER**

  This _____ day of _____, 2025, the Court having considered the motion for the admission *pro hac vice* of Johnathan Chai to represent the defendant in the above action; now therefore,

  IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice.*

                      _____
                      UNITED STATES DISTRICT JUDGE

{02167242;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                              */s/ Johnathan Chai*
                                                              Johnathan Chai
                                                              FENWICK & WEST LLP
                                                              801 California Street
                                                              Mountain View, CA  94041
                                                             (650) 988-8500
                                                             jchai@fenwick.com

Dated: September 23, 2025

{02167242;v1 }