# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　Defendant. | C.A. No. 24-839-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 23, 2025, Plaintiff VB Assets, LLC ("Plaintiff" or "VBA"), served its Amended and Supplemental Responses to Defendant Amazon.com Services, LLC's First Set of Interrogatories (Nos. 10 and 13) on the following counsel for Defendant Amazon.com Services, LLC via email:

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
Telephone: (302) 654-1888

J. David Hadden
Saina S. Shamilov,
Ravi R. Ranganath,
Vigen Salmastlian
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
Telephone: (650) 988-8500

Geoff Miller
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
gmiller@fenwick.com
Telephone: (212) 430-2600

Dated: September 23, 2025

          **SMITH, KATZENSTEIN & JENKINS LLP**

          */s/ Daniel A. Taylor*
          Neal C. Belgam (No. 2721)
          Daniel A. Taylor (No. 6934)
          1000 N. West Street, Suite 1501
          Wilmington, DE 19801
          (302) 652-8400
          nbelgam@skjlaw.com
          dtaylor@skjlaw.com

          *Attorneys for Plaintiff VB Assets, LLC*