IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　　Defendant. | C.A. No. 24-839-MN |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of September, 2025, **AMAZON'S SECOND SUPPLEMENTAL INVALIDITY CONTENTIONS** was served upon the below-named counsel of record at the address and in the manner indicated:

Neal C. Belgam, Esquire　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

David Greenbaum, Esquire　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631

Jamie Y. Otto, Esquire　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2027

James C. Yoon, Esquire　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304

Mikaela E. Evans-Aziz, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Geoffrey Miller, CSB No. 308676
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  September 25, 2025