## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
|        Plaintiff, | |
|    v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES, LLC, | |
|        Defendant. | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on December 9, 2024, the Court entered a Scheduling Order in this matter (D.I. 19);

WHEREAS, under the Scheduling Order, "[a]ll fact discovery in this case shall be initiated so that it will be completed on or before October 3, 2025[,]" (*Id.* at (*Id.* at 8(a));

WHEREAS, in order to accommodate witness and attorney schedules, the deposition of Amazon.com's 30(b)(6) witness, Mr. Ravi Sugandharaju, is currently scheduled for October 9, 2025;

WHEREAS, the parties have agreed that Amazon.com will provide a 30(b)(6) witness for deposition of not more than two hours and limited in scope to the technical operation of the accused content sharing features, and in order to accommodate witness and attorney schedules, Amazon.com expects to make such witness available after October 3, 2025, on a date to be determined;

WHEREAS, the parties wish to extend fact discovery solely for the purpose of the two aforementioned depositions.

1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that fact discovery in this case is extended for the sole purpose of completing Mr. Sugandharaju's deposition and the 30(b)(6) witness on the technical operation of the accused content sharing features, and shall not include any additional discovery requests, depositions, or other fact discovery. No other deadlines shall be modified.

Respectfully submitted,

Dated: October 3, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff VB Assets, LLC*

**ASHBY & GEDDES**

*/s/ Andrew C. Mayo*
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
Telephone: (302) 654-1888

*Counsel for Defendant Amazon.com Services LLC*

IT IS SO ORDERED this _____ day of October, 2025

_____
The Honorable Maryellen Noreika
United States District Judge