# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>   Defendant. | C.A. No. 24-839-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 29, 2025, Plaintiff VB Assets, LLC ("Plaintiff" or "VBA"), served its Supplemental Responses and Objections to Defendant Amazon.com Services, LLC's, Second Set of Requests for Production (Nos. 81–88) on the following counsel for Defendant Amazon.com Services, LLC via email:

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
Telephone: (302) 654-1888

J. David Hadden
Saina S. Shamilov,
Ravi R. Ranganath,
Vigen Salmastlian
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
Telephone: (650) 988-8500

Geoff Miller  
FENWICK & WEST LLP  
902 Broadway, 18th Floor  
New York, NY 10010  
gmiller@fenwick.com  
Telephone: (212) 430-2600  

Dated: October 29, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*