## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES, LLC, | |
| Defendant. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Talin Gordnia of WILSON SONSINI GOODRICH & ROSATI, to represent Plaintiff VB Assets, LLC in the above-captioned matter.

Dated:  November 12, 2025

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Talin

Gordnia is GRANTED.


Dated:  November __, 2025


_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of Texas, the United States District Court of Oregon, the United States District Court of Massachusetts, the United States District Court for the Western District of Pennsylvania, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.


Dated:  November 12, 2025

                                       */s/ Talin Gordnia*
                                       Talin Gordnia
                                       WILSON SONSINI GOODRICH & ROSATI
                                       1900 Avenue of the Stars, 28th Floor
                                       Los Angeles, CA 90067-4301
                                       (424) 446-6900
                                       tgordnia@wsgr.com