# EXHIBIT A

*VB Assets, LLC v. Amazon.com Services, LLC*
Civil Action No. 1:24-cv-00839-MN

**Exhibit A: Joint Claim Construction Chart**

| AGREED CONSTRUCTIONS | | |
|---|---|---|
| **Claim Term(s)** | **Joint Proposed Construction** | **Applicable Patent(s)/Claim(s)** |
| "speech recognition engine" | "software and/or hardware that recognizes the words or phrases in the natural language utterance" | '699 patent, claims 7, 18; '358 patent, claims 1, 32; '758 patent, claim 1; '025 patent, claims 1, 8 |
| "domain agent" | "software with domain-specific behavior and information" | '758 patent, claim 6 |
| "the natural language processing" | "the interpretation of the first utterance by the conversational language processor" | '025 patent, claims 15, 16 |

1

| DISPUTED CONSTRUCTIONS | | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence**[1] | **Defendant's Proposed Construction**[2, 3] | **Defendant's Intrinsic Evidence** |
| 1 | Preambles ('249 patent, claim 1; | The preambles are not limiting | '249 patent, claim 1; | The preambles are limiting | **'249 patent** Specification: |

---

[1] The parties' citations include any publications or references cited therein. The parties also identify the entirety of the claims in which the terms appear, including dependent claims, as intrinsic evidence and/or context that supports their respective constructions, and further reserves the right to rely on any evidence cited by the other party.

[2] Amazon's Position: On June 25, 2025, VB Assets stated in an email to Amazon's counsel that "VB Assets contends that each term should be construed according to its plain and ordinary meaning." On multiple occasions, including October 8, October 20, October 28, and November 5, 2025, Amazon requested that VB Assets identify what it contends is the "plain and ordinary meaning" of the disputed terms. Each time, VB Assets refused to identify its alleged plain and ordinary meaning. In response to VB Assets' request that Amazon explain the relevance of the disputed terms to issues in the case, Amazon sent a letter to VB Assets on October 28, 2025, explaining that the construction of the disputed terms will resolve numerous non-infringement and invalidity disputes. After receiving Amazon's letter, VB Assets still refused to disclose its plain and ordinary meaning. Instead, on November 10, 2025, VB Assets changed its position to "no construction necessary" for Disputed Terms Nos. 2, 4, 5, 6, and 7. VB Assets' identification of "no construction" does not absolve its failure to identify what it contends is the "plain and ordinary meaning" for each disputed term. *Digi Portal LLC v. WebMD LLC*, No. 1:20-cv-01435-MN (D. Del. Jan. 7, 2022) (Dkt. 37) ("Plaintiff shall articulate what it contends is the plain and ordinary meaning for each of those terms remaining where Plaintiff indicates no construction is necessary or the term is not indefinite."); *Comcast IP Holdings I LLC v. Sprint Commc'ns Co., L.P.*, 850 F.3d 1302, 1311 (Fed. Cir. 2017) (for an unconstrued term, the jury is instructed to apply its plain and ordinary meaning). While VB Assets relies on the Court's decision from a prior case not to construe "context," as explained in Amazon's October 28 letter, VB Asset's infringement contentions appear to apply different meanings of this disputed term. But VB Assets refuses to identify what it contends the plain and ordinary meaning actually is.

[3] VB Assets' Position: VB Assets has repeatedly objected to Amazon's inclusion of Footnote No. 2 as potentially violating the Court's Standing Order Regarding Joint Claim Charts. The order states that "[a]ll joint claim construction charts shall be in substantially the same form as the sample joint claim construction chart." The sample chart does not include footnotes. As Amazon points out, it has long believed that VB Assets was advancing improper claim-construction positions. Yet Amazon never moved to compel VB Assets for additional information. In fact, VB Assets organized a meet-and-confer on this issue, proposing that the parties submit a joint letter brief, but Amazon refused. Turning to the substance, VB Assets is not advocating for "plain and ordinary meaning." Rather, in some instances VB Assets disagrees with Amazon's assertion that a particular claim term requires a construction. Aside from vague assertions that those claim terms are related to infringement and validity, Amazon has not explained why those terms require an affirmative construction. With respect to the term "context," VB Assets has relied on the Court's construction of that same term from a prior litigation between the parties involving related patents. On December 1, 2025, Amazon—for the first time and without

2

| DISPUTED CONSTRUCTIONS | | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
| | '699 patent, claims 1, 12; '385 patent, claims 1, 31; '758 patent, claim 1; '025 patent, claims 1, 8) | | '699 patent, claims 1, 12; '385 patent, claims 1, 31; '758 patent, claim 1; '025 patent, claims 1, 8 | | • Claim 1.<br><br>File History:<br>• *Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01365, Paper 8 at 11-15, 28 (PTAB Nov. 12, 2025).<br>• Non-Final Rejection dated May 9, 2017.<br>• Final Rejection dated October 12, 2017.<br>• Non-Final Rejection dated July 31, 2018.<br>• Final Rejection dated December 4, 2018.<br><br>**'699 patent**<br>Specification:<br>• Claims 1 and 12.<br><br>File History: |

---

any evidence—alleged that VB Assets was now applying a different meaning to "context" in its infringement contentions. VB Assets is adhering to the Court's prior claim construction. And regardless, Amazon's position illustrates that there is no dispute about the meaning of "context."

| DISPUTED CONSTRUCTIONS | | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence**[1] | **Defendant's Proposed Construction**[2, 3] | **Defendant's Intrinsic Evidence** |
| | | | | | • *Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01379, Paper 8 at 5-6, 9, 23 (PTAB Nov. 13, 2025).<br>• Non-Final Rejection dated December 18, 2019.<br><br>**'385 patent**<br>Specification:<br>• 6:28-7:3; 10:40-54; 16:51-17:28; Fig. 1; Claims 1 and 31.<br><br>File History:<br>• *Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01167, Paper 8 at 35-36, 44 (PTAB Oct. 7, 2025).<br><br>**'758 patent**<br>Specification:<br>• 12:26-46; Claim 1.<br><br>File History: |

| DISPUTED CONSTRUCTIONS | | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
| | | | | | - *Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01240, Paper 8 at 28 (PTAB Oct. 16, 2025).<br>- Non-Final Rejection dated August 22, 2019.<br>- Final Rejection dated January 21, 2020.<br>- Non-Final Rejection dated September 21, 2020.<br><br>**'025 patent**<br>Specification:<br>- 19:1-16; 36:51-37:5; Claims 1 and 8.<br><br>File History:<br>- *Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01343, Paper 8 at 20 (PTAB Nov. 12, 2025). |

5

| | DISPUTED CONSTRUCTIONS | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
| 2 | "context" ('249 patent, claims 1, 2; '699 Patent, claims 1, 12; '385 Patent, claim 2; '758 Patent, claim 1) | The ordinary meaning of context does not require a subject domain or domain agent; No further construction necessary | '699 patent, 2:52-3:36; 3:37-63; 3:64-4:56; 8:21-46; 8:64-9:49; 10:59-11:55; 12:1-13:48, Fig. 2, Claims 1, 2; '249 patent, 2:48-3:32; 3:33-59; 3:60-4:52; 8:20-45; 8:63-9:48; 10:58-11:55; 12:1-13:48; Fig. 2, Claims 1, 2; '385 patent, 4:13-28; 29-5; 7:63-8:16; 8:52-9:9; 9:46-57; 11:11-30; 12:37-64; 18:28-52, Fig. 3, Claim 2; '758 patent, 2:63-3:21; 4:7-30; 4:62-5:25; 9:31-10:65; 12:14-25; Fig. 1, | the subject matter area to which a particular user input is directed and which is used to determine the meaning of the user inputs | **'249 patent** Specification: <br>• 1:29-49; 2:67-3:21; 3:60-5:3; 5:26-45; 8:20-45; 9:14-29; 11:23-13:48; 14:10-63; 17:35-18:2; 19:8-33; Fig. 2; Claims 1, 2, 9, 16, 17, and 22. <br><br>File History: <br>• Non-Final Rejection dated May 9, 2017. <br>• Final Rejection dated October 12, 2017. <br>• Non-Final Rejection dated July 31, 2018. <br>• Final Rejection dated December 4, 2018. <br><br>**'699 patent** Specification: <br>• 1:33-53; 3:1-22; 3:64-5:7; 5:29-48; 8:21-46; 9:15-30; 11:23-13:48; 14:10-63; 17:44-18:11; 19:20-42; Fig. 2; |

| DISPUTED CONSTRUCTIONS | | | | |
|---|---|---|---|---|
| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendant's Proposed Construction[2,3] | Defendant's Intrinsic Evidence |
| | | | | Claims 1, 5, 12, and 16.<br><br>File History:<br>• Non-Final Rejection dated December 18, 2019.<br>• Notice of Allowance dated April 22, 2020.<br><br>**'385 patent**<br>Specification:<br>• Claims 2 and 17.<br><br>File History:<br>• Non-Final Rejection dated August 27, 2020.<br>• Amendment and Remarks dated November 25, 2020.<br><br>**'758 patent**<br>Specification:<br>• 2:43-3:21; 3:39-4:44; 4:63-5:25; 7:22-50; 9:31-10:65; 12:1-25; Fig. 1; Claims 1, 9, |

| **DISPUTED CONSTRUCTIONS** | | | | |
|---|---|---|---|---|
| **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
| | | | | 11, 21, 22, 23, 31, 33, 43, and 44. <br><br> File History: <ul><li>*Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01240, Paper 8 at 5-7 (PTAB Oct. 16, 2025).</li><li>Non-Final Rejection dated August 22, 2019.</li><li>Final Rejection dated January 21, 2020.</li><li>Amendment and Remarks dated July 21, 2020.</li><li>Non-Final Rejection dated September 21, 2020.</li><li>Amendment and Remarks dated December 21, 2020.</li><li>Notice of Allowance dated March 31, 2021.</li></ul> |

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendant's Proposed Construction[2,3] | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | **U.S. Patent No. 7,949,529**[4] Specification: <ul><li>33:55-34:5.</li></ul> The 249, 699, and 758 patents incorporate by reference U.S. Patent No. 7,949,529 in its entirety. 249 patent at 11:26-38; 699 patent at 11:26-38; 758 patent at 5:14-25. File History: <ul><li>Non-Final Rejection dated July 7, 2009.</li></ul> |
| 3. | "voice input" ('249 patent, claim 1) | Includes, at least, a natural language utterance | '249 patent, 1:29-49, 2:13-3:33; 3:33-59; 4:53-5:3; 6:29-42; 7:30-8:19, 10:58-11:22, 14:10-42, 18:35-19:54; Figs. 1 and 2, Claim 1. | a speech signal received by an input device | **'249 patent** Specification: <ul><li>3:33-59; 10:58-11:22; Fig. 1; Claims 1 and 16.</li></ul> File History: <ul><li>*Amazon.com Services LLC v. VB Assets, LLC*, IPR2025-01365, Paper 8 at 17-18,</li></ul> |

| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence**[1] | **Defendant's Proposed Construction**[2,3] | **Defendant's Intrinsic Evidence** |
|---|---|---|---|---|---|
| | | | | | 28 (PTAB Nov. 12, 2025).<br>• Amendment and Remarks dated September 11, 2017.<br>• Final Rejection dated October 12, 2017.<br>• Amendment and Remarks dated July 12, 2018.<br>• Non-Final Rejection dated July 31, 2018.<br>• Final Rejection dated December 4, 2018.<br>• Amendment and Remarks dated January 31, 2019.<br>• Notice of Allowance dated February 13, 2019. |
| 4 | "comparing, by the computer system, the first voice input with the second voice input; filtering, by the computer system, sound from the first voice input and the | Not indefinite and no construction necessary | '249 patent, 3:33-59; 4:53-5:2; 8:20-45; 10:58-11:22; 13:49-14:2; Figs. 1, 2 and 3, Claim 1. | Indefinite | **'249 patent**<br>Specification:<br>• Claim 1.<br><br>File History:<br>• *Amazon.com Services LLC v. VB Assets, LLC,* IPR2025-01365, |

| | **DISPUTED CONSTRUCTIONS** | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
| | second voice input based on the comparison" ('249 patent, claim 1) | | | | Paper 8 at 17-18, 28 (PTAB Nov. 12, 2025).<br>• Non-Final Rejection dated July 31, 2018.<br>• Final Rejection dated December 4, 2018.<br>• Amendment and Remarks dated January 31, 2019.<br>• Notice of Allowance dated February 13, 2019. |
| 5. | "a user's manner of speaking" ('699 patent, claims 1, 12) /<br>"a manner in which the natural language utterance was spoken" ('699 patent, claims 1, 12) /<br>"a manner in which the first natural language utterance is spoken" ('249 patent, claim 10) | No construction necessary | '249 patent, 1:29-49; 5:4-53; 6:18-28; 14:64-15:3; 18:18-34; 18:35-20:15; Claims 10, 11. '699 patent, 1:33-53; 5:8-56; 6:20-30; 14:64-15:3; 18:27-44; 18:45-20:23; Claims 1, 12; | the way a user spoke the [first] natural language utterance | **'249 patent**<br>Specification:<br>• 2:48-3:32; 6:18-42; 8:63-9:13; 10:10-38; 18:35-19:6; Claims 10, 11, 23, and 24.<br><br>File History:<br>• Requirement for Restriction/Election dated February 28, 2017.<br>• Non-Final Rejection dated May 9, 2017. |

11

| | DISPUTED CONSTRUCTIONS | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence**[1] | **Defendant's Proposed Construction**[2, 3] | **Defendant's Intrinsic Evidence** |
| | | | | | • Final Rejection dated October 12, 2017.<br>• Non-Final Rejection dated July 31, 2018.<br>• Final Rejection dated December 4, 2018.<br><br>**'699 patent**<br>Specification:<br>• 2:52-3:36; 6:20-43; 8:64-9:14; 10:11-39; 18:45-19:18; Claims 1, 2, 3, 4, 6, 9, 12, 13, and 14.<br><br>File History:<br>• Non-Final Rejection dated December 18, 2019.<br>• Amendment and Remarks dated March 18, 2020.<br>• Notice of Allowance dated April 22, 2020. |
| 6. | "contextual signifiers" ('699 patent, claims 4, 15) | Not indefinite and no construction necessary | '699 patent, 2:52-3:36, 6:31-43, 16:43-17:43; 17:44-18-12, 18:45- | Indefinite | **'699 patent**<br>Specification:<br>• Claims 4 and 15. |

12

| | **DISPUTED CONSTRUCTIONS** | | | | |
|---|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence**[1] | **Defendant's Proposed Construction**[2,3] | **Defendant's Intrinsic Evidence** |
| | | | 19:19; Fig. 3, Claims 4 and 15. | | File History:<br>• Non-Final Rejection dated December 18, 2019.<br>• Amendment and Remarks dated March 18, 2020. |
| 7. | "conversational language processor" ('758 patent, claim 5; '025 patent, claims 1, 8) | No construction necessary; | '758 patent, 4:13-5:59; 8:18-44; Fig 1, Claim 5. | software and/or hardware that determines an interpretation of the recognized words or phrases of a natural language utterance | **'758 patent**<br>Specification:<br>• 4:31-5:34; 8:18-44; 12:26-46; Fig. 1; Claims 5, 6, 27, and 28.<br><br>File History:<br>• Non-Final Rejection dated August 22, 2019.<br>• Final Rejection dated January 21, 2020.<br>• Non-Final Rejection dated September 21, 2020.<br><br>**'025 patent**<br>Specification:<br>• 4:30-5:8; 8:10-34; 9:15-31; 11:5-40; 12:16-14:6; 14:34-15:3; 15:25-42; |

| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendant's Proposed Construction[2,3]** | **Defendant's Intrinsic Evidence** |
|---|---|---|---|---|---|
| | | | | | 16:40-58; 17:17-45; 24:40-60; 28:1-54; 32:18-60; 36:51-37:5; Figs. 1-2 and 6; Claims 1 and 8. |

Table header spanning all columns: **DISPUTED CONSTRUCTIONS**