# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES, LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 12, 2025, Plaintiff VB Assets, LLC ("Plaintiff" or "VBA"), served its opening claim construction brief (D.I. 19 at ¶ 12) on the following counsel for Defendant Amazon.com Services, LLC via email:

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
Telephone: (302) 654-1888

J. David Hadden
Saina S. Shamilov,
Ravi R. Ranganath,
Vigen Salmastlian
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
Telephone: (650) 988-8500

Geoff Miller<br>
FENWICK & WEST LLP<br>
902 Broadway, 18th Floor<br>
New York, NY 10010<br>
gmiller@fenwick.com<br>
Telephone: (212) 430-2600

Dated: December 12, 2025

*Of counsel:*

James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*jyoon@wsgr.com*
*rsmith@wsgr.com*

Matthew A. Macdonald
Jamie Otto
953 East Third Street, Suite 100
Los Angeles, CA 90013
*matthew.macdonald@wsgr.com*
*jotto@wsgr.com*

Mikaela E. Evans-Aziz
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
*mevansaziz@wsgr.com*

David Greenbaum
GREENBAUM LAW LLC
210 Allison Court
Englewood, NJ 07631
*david@greenbaum.law*

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*