IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC,<br><br>                Defendant. | C.A. No. 24-839-MN |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Steven J. Balick is hereby withdrawn as counsel for Defendant in the above action.  Defendant continues to be represented in this action by the law firms of Ashby & Geddes and Fenwick & West LLP.

| | |
|---|---|
| *Of Counsel:*<br><br>J. David Hadden, CSB No. 176148<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, CSB No. 215636<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath, CSB No. 272981<br>Email: rranganath@fenwick.com<br>Vigen Salmastlian, CSB No. 276846<br>Email: vsalmastlian@fenwick.com<br>Geoffrey Miller, CSB No. 308676<br>Email: gmiller@fenwick.com<br>**FENWICK & WEST LLP**<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.520<br><br>Dated:  December 31, 2025 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |

{02193711;v1 }