## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-839-MN |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the parties have reached an agreement in principle to resolve this case;

WHEREAS the parties wish to focus their efforts on finalizing a settlement agreement without incurring unnecessary litigation costs or additional burden on the Court; and

WHEREAS the parties wish to cancel all current pending deadlines in this case, including the claim construction briefing scheduled to complete on February 13, 2026 (D.I. 19, ¶ 12) and the hearing on claim construction scheduled for March 11, 2026 (*id.*, ¶ 13);

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed for forty-five (45) days.  If the parties have not filed a stipulation of dismissal by March 19, 2026, they shall submit a joint status report to the Court.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | ASHBY & GEDDES |
| */s/ Daniel A. Taylor* | */s/ Andrew C. Mayo* |
| Neal C. Belgam (#2721) | John G. Day (#2403) |
| Daniel A. Taylor (#6934) | Andrew C. Mayo (#5207) |
| 1000 North West Street, Suite 1501 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 652-8400 | Wilmington, DE 19899 |
| nbelgam@skjlaw.com | (302) 654-1888 |
| dtaylor@skjlaw.com | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff VB Assets, LLC* | *Attorneys for Defendant* |
| | *Amazon.com Services LLC* |

SO ORDERED, this _____ of _____, 2026.


_____
United States District Judge