**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

VB ASSETS, LLC,

       Plaintiff,

    v.

AMAZON.COM SERVICES LLC,

       Defendant.

C.A. No. 24-839-MN

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS the parties have reached an agreement in principle to resolve this case;

WHEREAS the Court agreed to stay this action through March 19, 2026 to allow the parties to focus their efforts on finalizing a settlement agreement without incurring unnecessary litigation costs or additional burden on the Court (D.I. 114);

WHEREAS the parties are actively working to finalize the terms of a settlement agreement, and have agreed, subject to the approval and Order of the Court, to extend the stay in this action to allow the parties to continue to focus their efforts on the terms of the settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed for an additional thirty (30) days. If the parties have not filed a stipulation of dismissal by May 20, 2026, they shall submit a joint status report to the Court.

{02214575;v1 }

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 North West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*
*Amazon.com Services LLC*

Dated: April 17, 2026

SO ORDERED, this _____ of _____, 2026.

_____
United States District Judge

{02214575;v1 }                                    2