**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| VB ASSETS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, <br><br> Defendant. | C.A. No. 24-839-MN |

## <u>STIPULATION TO DISMISS</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff VB Assets, LLC ("VoiceBox" or "Plaintiff") and Defendant Amazon.com Services LLC ("Amazon" or "Defendant") (together, the "Parties") hereby stipulate to dismiss the claims of this action. The Parties have entered into a Confidential Settlement and License Agreement ("Agreement") and, as a result, have settled all claims asserted in Case No. 24-00839-MN. Accordingly, the Parties request that all claims asserted by Plaintiff against Amazon and all Licensed Products, as that term is defined in the Agreement, be dismissed with prejudice. Excluded Third Party Products, as that term is defined in the Agreement, were not at issue in this action but, for avoidance of doubt, are dismissed without prejudice. The Parties further request that all attorneys' fees, costs, and expenses be borne by the Party that incurred them.

-2-

Dated: April 28, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff VB Assets, LLC*

Respectfully submitted,

**ASHBY & GEDDES**

/s/ Andrew C. Mayo
John G. Day (No. 2403)
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Amazon.com Services LLC*

SO ORDERED this 28th day of April 2026

The Honorable Maryellen Noreika
United States District Judge

-2-